

Mrs. Detective Pikajew, Esq.
@clapifyoulikeme

We got it lads, s/o to an anonymous tipster

