IH-32                                                                                              Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

GIDEON RAPAPORT,

| Plaintiff | Case Number |
|---|---|
| vs. | 24 Cv. 5942 |
| ABIGAIL FINKELMAN, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

GIDEON RAPAPORT,

| Plaintiff | Case Number |
|---|---|
| vs. | 23-cv-6709 (JGLC) |
| AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, and RICHARD ALLEN EPSTEIN, | |
| Defendant | |

Page 1

IH-32                                                                                                           Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open       (If so, set forth procedural status and summarize any court rulings.)

Plaintiff filed an amended complaint on May 24, 2024, after identifying the true names of the defendants. They have all been served, and their responses to the amended complaint are due on August 16, 2024.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The single plaintiff is the same in both cases, and both cases involved defamatory postings and actions by different defendants about him, but arising out of similar situations.

Signature: _[signed] Richard A. Altman_     Date: _August 5, 2024_

Firm: _Law Office of Richard A. Altman_