UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                    Plaintiff,<br><br>- vs. -<br><br>ABIGAIL FINKELMAN,<br><br>                    Defendant. | No.: 1:24-cv-05942 (JGLC)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Abigail Finkelman. I certify that I am admitted to practice before this Court.

Dated: August 28, 2024
      New York, New York

                                      LAW OFFICE OF MAX RODRIGUEZ PLLC

                                      By:    /s/ *Max Rodriguez*

                                      Max Rodriguez
                                      575 5th Avenue
                                      14th Floor
                                      New York, NY 10017
                                      (646) 741-5167
                                      max@maxrodriguez.law
                                      *Attorney for Defendant*