UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>           Plaintiff,<br><br>    v.<br><br>ABIGAIL FINKELMAN,<br><br>           Defendant. | No.: 1:24-cv-05942-JGLC<br><br>Stipulation |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties as follows:

      1.    Defendant Abigail Finkelman accepts service of the Complaint in this action as of August 27, 2024.

      2.    Finkelman will answer or file a motion to dismiss the Complaint on October 28, 2024. Consistent with the Court's Individual Rule 4(a), no pre-motion letter will be filed prior to filing a motion to dismiss.

Dated: August 28, 2024
        New York, NY

| | |
|---|---|
| LAW OFFICE OF RICHARD A. ALTMAN | LAW OFFICE OF MAX RODRIGUEZ PLLC |
| By: /s/ Richard A. Altman | By: /s/ Max Rodriguez |
|     Richard A. Altman | Max Rodriguez |
| 150 East 56th Street, Suite 12B | 575 Fifth Avenue, 14th Floor |
| New York, NY 10022 | New York, NY 10017 |
| (212) 633-0123 | (646) 741-5167 |
| altmanlaw@earthlink.net | max@maxrodriguez.law |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

*So Ordered:*

_____
JESSICA G.L. CLARKE
United States District Judge