**Law Office of Richard A. Altman**             Tel. and Fax 212.633.0123
**150 East 56th Street, Suite 12B**            altmanlaw@earthlink.net
**New York, New York 10022**            artesq@earthlink.net
           www.altmanlaw.nyc

September 11, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Rapaport v. Finkelman*, Case No. 24-cv-05942-JGLC

Your Honor:

      I write in response to the Court's order of yesterday regarding my request to withdraw as plaintiff's counsel, and to state that I am not asserting either a retaining lien or a charging lien.

      I am sending a copy of this letter to Mr. Rapaport to the email and mailing addresses which he set out in his letter to the Court yesterday in the *Iyer* case, 23-cv-6709.

      I appreciate the Court's attention.

                                        Respectfully,

                                        Richard A. Altman