**Law Office of Richard A. Altman**　　　　　　　Tel. and Fax 212.633.0123
**150 East 56th Street, Suite 12B**　　　　　　　altmanlaw@earthlink.net
**New York, New York 10022**　　　　　　　　　artesq@earthlink.net
　　　　　　　　　　　　　　　　　　　　　　　www.altmanlaw.nyc

September 16, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　Re: *Rapaport v. Finkelman*, Case No. 24-cv-05942-JGLC

Your Honor:

　　　　I would respond briefly to Mr. Rodriguez's letter of earlier today. The only issue before the Court now is my request to withdraw as plaintiff's counsel, a request which is obligatory following my being discharged (and which he does not oppose). The arguments in his letter seek to create an unseemly conflict between me and my former client, and I will not respond to it now.

　　　　I ask that the Court grant my request to withdraw, without conditions, and appreciate the Court's attention.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard A. Altman*

　　　　　　　　　　　　　　　　　　　　　　Richard A. Altman

copy to Mr. Rapaport
by email