UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT, <br><br>                                    Plaintiff, <br><br> -against- <br><br> ABIGAIL FINKELMAN, <br><br>                                    Defendant. | 24-CV-5942 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff's counsel's motion to withdraw is GRANTED. This Court will retain jurisdiction over counsel for the purpose of adjudicating any request for Rule 11 sanctions if Defendant asserts one. Should Defendant move for sanctions, the motion shall be due on **October 28, 2024**, the same day as Defendant's answer or motion to dismiss is due.

Dated: September 17, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge