UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT, <br><br> Plaintiff, <br><br> - vs. - <br><br> ABIGAIL FINKELMAN, <br><br> Defendant. | No.: 1:24-cv-05942 (JGLC) |

### NOTICE OF DEFENDANT ABIGAIL FINKELMAN'S MOTION
### TO DISMISS WITH PREJUDICE FOR FAILURE TO STATE A CLAIM

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss with Prejudice for Failure to State a Claim, the annexed Declaration of Max Rodriguez and the exhibits thereto, and all the pleadings and proceedings herein, Defendant Abigail Finkelman, by and through her undersigned counsel, hereby moves this Court before the Honorable Jessica G.L. Clarke, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 1040, New York NY 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the complaint in this action with prejudice. Defendant respectfully requests oral argument on this motion.

Dated: October 21, 2024
      New York, New York

                            LAW OFFICE OF MAX RODRIGUEZ PLLC

                          By:   /s/ Max Rodriguez

                          Max Rodriguez
                          575 5th Avenue
                          14th Floor
                          New York, NY 10017
                          (646) 741-5167
                          max@maxrodriguez.law
                          *Attorney for Defendant Abigail Finkelman*