UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                    Plaintiff,<br><br>- vs. -<br><br>ABIGAIL FINKELMAN,<br><br>                    Defendant. | No.: 1:24-cv-05942 (JGLC) |

**DECLARATION OF MAX RODRIGUEZ, ESQ. IN SUPPORT OF DEFENDANT
ABIGAIL FINKELMAN'S MOTION TO DISMISS
<u>WITH PREJUDICE FOR FAILURE TO STATE A CLAIM</u>**

MAX RODRIGUEZ, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1. I am a Principal in the law firm Law Office of Max Rodriguez PLLC, counsel for defendant Abigail Finkelman in the above-captioned action. I submit this declaration in support of Ms. Finkelman's motion to dismiss the complaint with prejudice.

2. Attached as **Exhibit 1** is a true and correct copy of the original complaint in *Rapaport v. Iyer et al.*, No. 1:23-cv-06709 (S.D.N.Y.) ("*Rapaport I*"), docketed at ECF no. 1 and dated July 28, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the first amended complaint in *Rapaport I*, docketed at ECF no. 38 and dated May 24, 2024.

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit 1 to the amended complaint in *Rapaport I*, docketed at ECF no. 38-1 and dated May 24, 2024.

5. Attached as **Exhibit 4** is a true and correct copy of Exhibit 2 to the amended complaint in *Rapaport I*, docketed at ECF no. 38-2 and dated May 24, 2024.

6. Attached as **Exhibit 5** is a true and correct copy of an article titled *Former Kirkland & Ellis Summer Associate Files Pro Se Suit*, by Joe Patrice, published on the online news site Above the Law, dated August 11, 2023, available at https://abovethelaw.com/2023/08/former-kirkland-ellis-summer-associate-files-pro-se-suit/.

7. Attached as **Exhibit 6** is a true and correct copy of an article titled *Judicial Notice (08.12.23): Sun's Out, Guns Out*, by David Lat, published on the online site Substack, dated August 12, 2023, available at https://davidlat.substack.com/p/judicial-notice-081223-suns-out-guns.

8. Attached as **Exhibit 7** is a true and correct copy of a website page including with a comment thread titled *Kirkland summer suing other summers for bullying him??*, posted on the online site Fishbowl, dated approximately one year ago, available at https://www.fishbowlapp.com/post/kirkland-summer-suing-other-summers-for-bullying-him?welcome=true.

9. Attached as **Exhibit 8** is a true and correct copy of Gideon Rapaport's *pro se* Memorandum of Law in support of Plaintiff's Motion to Disqualify Defendant's Counsel, Schaerr-Jaffe LLP in *Rapaport I*, docketed at ECF no. 67 and dated September 13, 2024.

10. Attached as **Exhibit 9** is a true and correct copy of Gideon Rapaport's *pro se* Notice of Motion for an Order disqualifying Defendant's counsel, Schaerr-Jaffe LLP in *Rapaport I*, docketed at ECF no. 68 and dated September 13, 2024.

Dated: October 21, 2024
      New York, New York

                              LAW OFFICE OF MAX RODRIGUEZ PLLC

                              By:   /s/ *Max Rodriguez*

                              Max Rodriguez
                              575 5th Avenue
                              14th Floor
                              New York, NY 10017
                              (646) 741-5167
                              max@maxrodriguez.law
                              *Attorney for Defendant Abigail Finkelman*