# Exhibit 3

# EXHIBIT 1

Case 1:22-cv-05964-GHW Document 138-1 Filed 05/24/24 Page 2 of 3

