Exhibit 4

# EXHIBIT 2

