# Exhibit 7





Explor... My feed Bowls Companies a..

Big Law

an **Attorney** a year

Kirkland summer suing other summers for bullying him??

33

Like 48 Comments Shares 37

Tap here to join this bowl to post.

an **Associate 1**

Link?

Like Reply Share 1 a year

a **Senior Associate 1**

**Mentor**

https://drive.google.com/file/d/1OkV-WkpyAjEKmeMwBb97lJPTvAg9v7g1/view?fbclid=PAAabJsqAZDNLpvrqdZ2L4IP5d8kd8WdewELB8oWS6FajDjE9cHoaiqiXqD9L_aem_AQBhPT+PLzqF0Ld9UfdiAoCZf1qxFbWzzW5u

Explor... · My feed · Bowls · Companies · a..

♡ Like    Reply    Share    6    a year

**Author** an **Attorney**

biglawboiz had a link to a Google docs drive copy of the complaint but their story is deleted now...

♡ Like    Reply    Share    1    a year

an **Associate 1**

Wow. No wonder that he filed that pro se

♡ Like    Reply    Share    6    a year

a **Senior Associate 1**

Mentor

How to ruin your law career before it even started.

Also 7 million in damages is ballsy.

♡ Like    Reply    Share    22    a year

an **Associate 6**

Subject Expert

SA1, if you are going to ruin your big law career like this, might as well shoot your shot. If he gets $7M (or even $1M), I'd do this in a heartbeat.

a Senior Associate 1

Mentor

Will he though. I'm not in lit, so don't quote me, but based on what he wrote, I'll be surprised if it even makes it to discovery. I just got a feeling this will be tossed and laughed out of court.

"A Man Who Is His Own Lawyer Has a Fool for a Client" and all that.

Like Reply Share 7 a year

an Associate 6

Subject Expert

Oh, don't get me wrong, this has zero shot of him getting anything other than embarrassment.

Like Reply Share 5 a year

a Senior Associate 1

Mentor

I do appreciate the gusto. This made my Monday morning so much better 🤣

Like Reply Share a year

an Associate 10

I tried reading the complaint, can someone explain what happened or what's being alleged?



Explor…    My feed    Bowls    Companies    a..

Good lord this is a hot mess. Also calling all of NYU law virulent antisemites is uh a choice

♡ Like    Reply    Share    12    a year

a **Senior Associate 1**

🎓 Mentor

P.46 and 63 are absolute masterpieces in performance art. If someone wrote this guy as a character on TV show I would think it's laying on too thick.

♡ Like    Reply    Share    16    a year

an **Attorney 3**

I did not make it too far into the complaint. I have no idea whether this guy was bullied or not. But his complaint was definitely written by someone who has some idea of what lawyers should found like, but no comprehension of how to draft a complaint.

Sure, there is a place for some legalese. But the factual sections of the complaint should tell his story in an engaging way.

I was not engaged.

♡ Like    Reply    Share    a year

an **Associate Attorney 1**





Explor... My feed Bowls Companies a..

There's a real defamation claim in there... and also a whole lot of random.

abovethelaw.com

Like Reply Share a year

a **Partner 1**

Coach

lol show this to anyone who believes the BL hiring model is anything close to a meritocracy

Like Reply Share 25 a year

an **Attorney 1**

Enthusiast

What do you mean?

Like Reply Share a year

an **Associate 6**

Subject Expert

Explor... My feed Bowls Companies a..

Like Reply Share a year

an Associate 6

Subject Expert

16: Although the anonymous internet posts centered on the false assertion that the Plaintiff was fired for
sexual harassment and misconduct, the posts, digressed wildly into describing the purported personal opinions of the Plaintiff as to the correctness of judicial opinions published by the United States Supreme Court during the summer of 2022, his habit of dressing relatively formally in the workplace by wearing at least a two piece suit and a necktie every work day, his stylistic choices in menswear with a particular fixation on his occasional wearing of button suspenders, his rumored enthusiasm to participate in class discussions at law school, his extracurricular activities at law school, his general political views, his invitations as a formal escort in the debutante ball circuit of New York City, his acceptance into exclusive social circles and private social clubs in Manhattan, and baseless speculation about his family life and circumstances.

If that ain't a meritocracy then idk what is bby.

Like Reply Share 13 a year

a Lawyer 1

Attorney 1, this complaint is written by one of the very "prestigious"

9/26/24, 10:03 AM
Kirkland summer suing other summers for bullying... | Fishbowl
Case 1:24-cv-05942-JGLC    Document 18-7    Filed 10/21/24    Page 8 of 16



"great cachet" like Kirkland, whose lawyers tell us they hire only the "best of the best."

Reading the complaint suggests perhaps ... that's not true.

♡ Like    Reply    Share    ◆ 9    a year

a **Counsel 1**

L1, "preftigious", there fixed it for ya

♡ Like    Reply    Share    a year

an **Associate 2**
⭐ Subject Expert

AHAHHAHAHAHA WILD

♡ Like    Reply    Share    ◆ 4    a year

an **Associate 3**

One of the funniest things I've ever read

Kind of a shame it's just going to get dismissed for lack of service. Much comedy could be had if this donut had to make an actual appearance at some point.

♡ Like    Reply    Share    ◆ 16    a year







an Associate 3

One of the funniest things I've ever read

Kind of a shame it's just going to get dismissed for lack of service. Much comedy could be had if this donut had to make an actual appearance at some point.

Like Reply Share 16 a year

a Partner 3

Mentor

Nah this guy's going to be on a CPAC speaking tour

Like Reply Share 12 a year

a Partner 2

What office was this in?

Like Reply Share 1 a year

Author an Attorney

NY

Like Reply Share a year

Explor… | My feed | Bowls | Companies | a..

Like   Reply   Share                                a year

an **Associate 5**
Coach

His name sounds like it's a name out of Star Wars or the 1800s

Like   Reply   Share   😂 4                        a year

an **Associate 16**

@A5 oh I thought it was a reference to the right to counsel. Gideon v wainwright.

Like   Reply   Share   💜 1                        a year

an **Associate 5**
Coach

Sheeesh, A16. I left all of that back in law school, haha

Like   Reply   Share   😂 2                        a year

an **Associate 8**

I read his complaint— idk if true but apparently other summers filed false sexual harassment claims against him at K&E and with NYU law (his school). Bullying is one thing but false sexual harassment claims can easily ruin someone's life, I see it with athletes all the time.

Explor…   My feed   Bowls   Companies   a..

♡ Like   Reply   Share   😆 2   a year

**an Associate 8**

I read his complaint— idk if true but apparently other summers filed false sexual harassment claims against him at K&E and with NYU law (his school). Bullying is one thing but false sexual harassment claims can easily ruin someone's life, I see it with athletes all the time.

♡ Like   Reply   Share   a year

**an Associate 9**

And the complaint really could and should have stopped there without going into how the posts then "digressed" and itself also digressing.

♡ Like   Reply   Share   💙 9   a year

**an Associate 8**

Yeah, he should have hired a firm to do it. Stuff like "I wasn't celebrating dobbs cus I was still celebrating Bruen" does NOT help your case lmao. Also the stuff about wearing suits everyday and going to balls/manhattan inner circle events. Def a weirdo.

♡ Like   Reply   Share   💙 26   a year

**a Partner 3**

9/26/24, 10:05 AM	Kirkland summer suing other summers for bullying... - Fishbowl

Case 1:24-cv-05942-JGLC    Document 18-7    Filed 10/21/24    Page 13 of 16



https://www.fishbowlapp.com/post/kirkland-summer-suing-other-summers-for-bullying-him?welcome=true	1/13



Agree that false sexual harassment complaints are an issue. But if they are the subject of the complaint, he needs to focus on those to the exclusion of everything else.

♡ Like     Reply     Share     ◉ 1     a year

**an Associate 11**
💡 Mentor
Omg it's John

♡ Like     Reply     Share     🔥 16     a year

SHARE THIS 🔥 COMMENT

**an Associate 12**
💡 Subject Expert
did he just copy and paste from his personal diary?? wtf was that?? if he genuinely believed his career was impacted by anonymous Reddit posts accusing him of sexual harassment, hire a law firm. this was painful to read

♡ Like     Reply     Share     ❤️ 20     a year

**a Senior Associate 2**
💡 Mentor
This guy must have sooo many friends…EQ through the roof



Explor... My feed Bowls Companies a..

Like Reply Share 7 a year

**an Associate 14**

y'all will be joined to his lawsuit 🤣

Like Reply Share 11 a year

**an Associate 15**

Genuinely giving mentally unwell vibes. The way he brought up the holocaust regarding one of his professors was so bizarre and uncalled for.... The whole thing was hard to even read through

Like Reply Share 8 a year

**an Associate 17**

Everyone on this thread will be added as Doe defendants in my amendment complaint. You antisemites.

- Gideon

Like Reply Share 1 a year

**an Associate 18**

This guy sounds like the worst. I would've loved the opportunity to bully

Explor…    My feed    Bowls    Companies    a..

- Gideon

Like    Reply    Share    1    a year

**an Associate 18**

This guy sounds like the worst. I would've loved the opportunity to bully him too.

Like    Reply    Share    4    a year

**an Attorney 4**

👎🏽

Like    Reply    Share    1    a year

**a Commercial Counsel 1**

Filing a lawsuit because my colleagues don't think I'm cool enough and won't hang out with me. The behavior of a stone cold freak!

Like    Reply    Share    1    a year
Copyright © Glassdoor LLC "Fishbowl" and logo are registered trademarks of Glassdoor LLC