# Exhibit 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GIDEON RAPAPORT

                          Plaintiff, *pro se*

      -against-

AJAY SRINIVASAN IYER, ZACHARY GEORGE
GARRETT, RICHARD ALLEN EPSTEIN

                          Defendants.
------------------------------------------------------------------x

Case No. 1:23-cv-06709

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Plaintiff Gideon Rapaport, *pro se*, will move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order disqualifying Defendants Ajay Srinivasan Iyer and Zachary George Garrett's concurrent counsel, Schaerr-Jaffe LLP.

Dated: Vancouver, British Columbia (Canada)
September 13, 2024

                                              Respectfully submitted,

                                              /s/ Gideon Rapaport, *pro se*
                                              GideonRapaportLaw@Outlook.com
                                              (862) 213-0895
                                              #627 1078 Summit Avenue
                                              Jersey City, New Jersey, 07310