UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

Plaintiff,

- vs. -

ABIGAIL FINKELMAN,

Defendant.

No.: 1:24-cv-05942 (JGLC)

## NOTICE OF DEFENDANT ABIGAIL FINKELMAN'S MOTION
## FOR RULE 11 SANCTIONS AGAINST PLAINTIFF GIDEON RAPAPORT AND
## PLAINTIFF'S FORMER COUNSEL
## <u>RICHARD A. ALTMAN AND THE LAW OFFICE OF RICHARD A. ALTMAN</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant's Motion for Rule 11 Sanctions Against Plaintiff Gideon Rapaport, Plaintiff's

Former Counsel Richard A. Altman, and his firm the Law Office of Richard A. Altman, the

annexed Declaration of Max Rodriguez and the exhibits thereto, and all the pleadings and

proceedings herein, Defendant Abigail Finkelman, by and through her undersigned counsel,

hereby moves this Court before the Honorable Jessica G.L. Clarke, United States District Judge

for the Southern District of New York, at the United States Courthouse located at 500 Pearl

Street, Room 1040, New York NY 10007, for an order, pursuant to Federal Rule of Civil

Procedure 11, ordering sanctions against Plaintiff Gideon Rapaport, his former counsel, Richard

A. Altman, and the Law Office of Richard A. Altman, and requiring them to pay all of the

attorneys' fees, costs, and other expenses that Defendants have incurred in defending against this

action, as well as any other sanctions the Court deems appropriate. Defendant respectfully

requests oral argument on this motion.

Dated: October 21, 2024
      New York, New York

                        LAW OFFICE OF MAX RODRIGUEZ PLLC

                        By:    /s/ *Max Rodriguez*

                        Max Rodriguez
                        575 5th Avenue
                        14th Floor
                        New York, NY 10017
                        (646) 741-5167
                        max@maxrodriguez.law
                        *Attorney for Defendant Abigail Finkelman*