UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>        Plaintiff,<br><br>  - vs. -<br><br>ABIGAIL FINKELMAN,<br><br>        Defendant. | No.: 1:24-cv-05942 (JGLC) |

**AFFIRMATION OF SERVICE IN SUPPORT OF DEFENDANT'S
<u>MOTIONS TO DISMISS AND FOR SANCTIONS</u>**

MAX RODRIGUEZ, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1. I am a Principal in the law firm Law Office of Max Rodriguez PLLC, counsel for defendant Abigail Finkelman in the above-captioned action. I submit this affirmation of service in support of Ms. Finkelman's Motion to Dismiss the complaint with prejudice and Motion for Rule 11 Sanctions Against Plaintiff Gideon Rapaport, Plaintiff's Former Counsel Richard A. Altman, and the Law Office of Richard A. Altman (collectively the "Motions").

2. Today, October 21, 2024, I caused the Motions and all supporting declarations, memoranda of law, and exhibits to be served on Gideon Rapaport and Richard A. Altman by CM/ECF.

3. Today, October 21, 2024, I separately served the Motions and all supporting declarations, memoranda of law, and exhibits on Gideon Rapaport by email at GideonRapaportLaw@outlook.com.

4. Today, October 21, 2024, I separately caused the Motions, memoranda of law, and declarations to be served on Gideon Rapaport by certified U.S. mail to 1078 Summit Avenue, #627, Jersey City, New Jersey.

Dated: October 21, 2024
      New York, New York

                             LAW OFFICE OF MAX RODRIGUEZ PLLC

                             By:    /s/ *Max Rodriguez*

                             Max Rodriguez
                             575 5th Avenue
                             14th Floor
                             New York, NY 10017
                             (646) 741-5167
                             max@maxrodriguez.law
                             *Attorney for Defendant Abigail Finkelman*