| | |
|---|---|
| **Law Office of Richard A. Altman**<br>**150 East 56th Street, Suite 12B**<br>**New York, New York 10022** | Tel. and Fax 212.633.0123<br>altmanlaw@earthlink.net<br>artesq@earthlink.net<br>www.altmanlaw.nyc |

October 22, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Rapaport v. Finkelman*, Case No. 24-cv-05942-JGLC

Your Honor:

      I would respond to Mr. Rapaport's two letters of today. His letters underscore the merit of the objections I made to the Court in responding to Mr. Rodriguez's disgraceful and bad-faith strategy of seeking sanctions against me, only after he learned that I was obliged to withdraw. As I said at the time, I am placed in a three-sided and impossible position: on the one hand, I have to protect my reputation against Mr. Rodriguez's vile accusations and the threat of sanctions; on the other hand, I cannot do so by addressing the merits of the complaint, because I have no authority to do so, and on the third hand I cannot and will not violate my sacred obligations to preserve the attorney-client privilege with respect to my communications with Mr. Rapaport, which obligations continue even though he has discharged me. I have sought guidance from ethics counsel, and it has become clear to him and me that only the Court can protect me, who has been one of its officers since 1979, from the outrageous position which Mr. Rodriguez's malicious conduct has placed me in. It is his behavior which merits a Rule 11 sanction, not mine.

      I can assure the Court and Mr. Rapaport that I have no intention of immediately responding to the Rule 11 motion. But I would ask the Court to extend my time to do so beyond the two weeks provided by the Southern District's local rules, and to that extent I join in Mr. Rapaport's application. I am available at the Court's direction for a telephone or in-person conference to seek to resolve this matter, the sooner the better.

      I appreciate the Court's attention.

                              Respectfully,

                              Richard A. Altman

Copies to Mr. Rapaport
and Mr. Rodriguez by ECF.