The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re:     Rapaport v. Finkelman, 24-cv-05942**

**Letter Regarding Extension of Time**

Your Honor:

      I am respectfully writing to inform you that my electrical service was restored yesterday and I was able to file my opposition to defendant Finkelman's motion to dismiss in time.

      Respectfully submitted,

      /s/ Gideon Rapaport *pro se*
      GideonRapaportLaw@outlook.com
      (862) 213-0895
      #627 1078 Summit Avenue
      Jersey City, New Jersey, 07307