To the Honorable Judge Jessica G.L. Clarke
United States District Court for the Southern District of New York

**Re 24-cv-05942 Rapaport v. Finkelman**
**Letter-Motion for Extension of Time**

Your Honor:

I am writing to respectfully request an extension of one day to oppose defendant Finkelman's Motion to Dismiss. This will set the due date to November 5, 2024.

I am making this request due to a power outage amid storms in my area that has prevented me from accessing my files and materials. Due to the storage of my computer being permanently fixed, it is impossible for a different, battery-powered, device to access it. Coverage for cellular data has also been significantly limited to provide preference for voice and text communications.

I have sent an email to confer with defendant Finkelman's counsel and hope they will agree, but am filing this now due to the unreliability of communications at this time.

/s/ Gideon Rapaport
1078 Summit Ave #627
Jersey City, NJ 07307