UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                    Plaintiff,<br><br>         - vs. -<br><br>ABIGAIL FINKELMAN,<br><br>                    Defendant. | No.: 1:24-cv-05942 (JGLC) |

**REPLY DECLARATION OF MAX RODRIGUEZ, ESQ. IN FURTHER SUPPORT OF DEFENDANT ABIGAIL FINKELMAN'S MOTION TO DISMISS
WITH PREJUDICE FOR FAILURE TO STATE A CLAIM**

MAX RODRIGUEZ, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1. I am a Principal in the law firm Law Office of Max Rodriguez PLLC, counsel for defendant Abigail Finkelman in the above-captioned action. I submit this reply declaration in further support of Ms. Finkelman's motion to dismiss the complaint with prejudice.

2. Attached as **Exhibit 1** is a true and correct copy of an email chain between Gideon Rapaport and myself dated October 31 – November 4, 2024.

3. Attached as **Exhibit 2** is a true and correct copy of a continuation of the email chain in Exhibit 1 between Gideon Rapaport and myself dated November 4, 2024.

Dated: November 13, 2024
      New York, New York

                             LAW OFFICE OF MAX RODRIGUEZ PLLC

                             By:   /s/ *Max Rodriguez*

                             Max Rodriguez
                             575 5th Avenue
                             14th Floor
                             New York, NY 10017
                             (646) 741-5167
                             max@maxrodriguez.law
                             *Attorney for Defendant Abigail Finkelman*