**Wednesday, November 13, 2024 at 17:27:09 Eastern Standard Time**

**Subject:** Re: Rapaport v. Finkelman 24-CV-05942 Conferral Re Extension of Time to Oppose Motion to Dismiss
**Date:** Monday, November 4, 2024 at 6:37:25 PM Eastern Standard Time
**From:** Max Rodriguez
**To:** Gideon Rapaport

Mr. Rapaport,

It is now after hours in New York. If you are unable to file before midnight tonight, you can consider availing yourself of the method I proposed for requesting an extension, substantiating the basis for it, and obtaining my client's position on it. I don't have anything else to add.

Sincerely,
Max


Sent from my iPhone

> On Nov 4, 2024, at 6:21PM, Gideon Rapaport <GideonRapaportLaw@outlook.com> wrote:
>
> Dear Mr. Rodriguez,
>
> You may appraise yourself of the local situation where I am present at the moment.
>
> https://vancouver.citynews.ca/2024/11/04/bc-hydro-100000-customers-power-outage-storm/
>
> https://vancouver.citynews.ca/2024/11/04/bc-hydro-100000-customers-power-outage-storm/
>
> /s/ Gideon Rapaport
> 1078 Summit Ave #627
> Jersey City, NJ 07307