

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

December 17, 2024

**Via ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

    Re:    *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Judge Clarke:

    I represent Defendant Abigail Finkelman in the above-captioned action. I write to request an adjournment of the January 23, 2025 Initial Pre-Trial Conference. Upon review of my calendar, I will be traveling on that date and unable to join a remote hearing.

    I would respectfully propose any of the following dates as alternatives: February 3–5, February 10, or February 12–14. Of course, if the Court prefers another date, I can make myself available at the Court's convenience almost any other date in February.

    There have been no previous requests for adjournment of this conference, which is the next and only scheduled appearance in this matter.

    On December 16, 2024, I wrote to Plaintiff to propose the above dates and obtain his position on my request. Plaintiff said he would not consent to the request unless he obtained access to my personal travel records, which I will not provide to him.

    Thank you for your Honor's consideration in this matter.

                                      Respectfully,

                                      */s/ Max Rodriguez*
                                      Max Rodriguez