

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

December 17, 2024

**V**ia **ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

Re:   *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Judge Clarke:

I represent Defendant Abigail Finkelman in the above-captioned action. I write to request an adjournment of the January 23, 2025 Initial Pre-Trial Conference. Upon review of my calendar, I will be traveling on that date and unable to join a remote hearing.

I would respectfully propose any of the following dates as alternatives: February 3–5, February 10, or February 12–14. Of course, if the Court prefers another date, I can make myself available at the Court's convenience almost any other date in February.

There have been no previous requests for adjournment of this conference, which is the next and only scheduled appearance in this matter.

On December 16, 2024, I wrote to Plaintiff to propose the above dates and obtain his position on my request. Plaintiff said he would not consent to the request unless he obtained access to my personal travel records, which I will not provide to him.

Thank you for your Honor's consideration in this matter.

Application GRANTED. The initial pre-trial conference currently scheduled for January 23, 2025 is HEREBY RESCHEDULED to **February 14, 2025 at 3:00 PM.** The conference will still be conducted through Microsoft Teams, and the login and access instructions remain unchanged. The Clerk of Court is respectfully directed to terminate ECF No. 40.

Respectfully,

*/s/ Max Rodriguez*
Max Rodriguez

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 18, 2024
       New York, New York