UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                Plaintiff,

-against-

ABIGAIL FINKELMAN,

                Defendant.

24-CV-5942 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On August 5, 2024, Plaintiff, now proceeding *pro se*, commenced this defamation action against Defendant Finkelman seeking damages and declaratory relief. ECF No. 1. On August 9, 2024, this Court issued an initial pre-trial conference ("IPTC") order, which required the parties to, among other things, submit a joint letter and proposed case management plan and scheduling order. ECF No. 4. The IPTC was eventually rescheduled to February 14, 2025, and the parties submitted their required IPTC materials on February 7, 2025. ECF No. 44.

      In the joint letter, among other things, Plaintiff asserts that discovery is required in order for the Court to "properly evaluate, in context," what he claims to be Defendant's "selectively entered evidence from the internet public record." ECF No. 44 ¶ 5. Defendant, in response, has made clear she is unwilling to engage in any discovery at this juncture, and would file a letter motion to stay discovery pending resolution of the motion to dismiss. *Id.*

      In the interest of efficiency and judicial economy, and to avoid potentially needless and cumbersome discovery, Defendant is HEREBY DIRECTED to file her letter motion to stay discovery, consistent with the Court's Individual Rules and Practices, by **February 17, 2025.** Plaintiff may file a single response to the letter motion on or before **February 24, 2025**. In addition, the initial pre-trial conference currently scheduled for February 14, 2025 is

HEREBY ADJOURNED *sine die* pending resolution of the forthcoming motion to stay discovery.

Dated: February 10, 2025
       New York, New York

                                             SO ORDERED.

                                             *Jessica Clarke*

                                             JESSICA G. L. CLARKE
                                             United States District Judge