# Exhibit 1

Access Attempt - Defendant Finkelman's Post Republishing Defamatory Material

