# Exhibit 2

Access Attempt - A Post by Defendant Finkelman Unrelated to This Action

