

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

February 24, 2025

**Via ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

    Re:    *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Judge Clarke:

    I represent Defendant Abigail Finkelman in the above-captioned action. I write briefly to respond to Plaintiff's unfounded and untrue accusations concerning spoliation of evidence. *See* ECF no. 47 at 1.

    As an officer of this Court and an attorney in good standing, I represent that earlier this morning and after receiving Plaintiff's letter via ECF, I visited both URLs associated with the posts Plaintiff identifies in his exhibits, ECF no. 47-1 and 47-2. Both posts still exist and are preserved (even though one of them isn't relevant to this case), which I am able to confirm because I have access to Defendant's protected posts. Plaintiff's accusations, much like his claims, are not founded in fact, law, or reality.

    For the reasons previously articulated in Defendant's letter motion and without responding to any of Plaintiff's other arguments to respect this Court's briefing order at ECF no. 45, I respectfully submit that Defendant's motion to stay discovery should be granted.

    Thank you for your Honor's consideration in this matter.

                                                            Respectfully,

                                                           */s/ Max Rodriguez*
                                                           Max Rodriguez