UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                    Plaintiff,

  - vs. -

ABIGAIL FINKELMAN,

                    Defendant.

No.: 1:24-cv-05942 (JGLC)

**NOTICE OF DEFENDANT ABIGAIL FINKELMAN'S MOTION
FOR TEMPORARY RESTRAINING ORDER AND/OR
PRELIMINARY INJUNCTION IMPOSING
<u>FILING INJUNCTION ON PLAINTIFF GIDEON RAPAPORT</u>**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for a Temporary Restraining Order and/or Preliminary Injunction, the annexed Declaration of Max Rodriguez and the exhibits thereto, the Proposed Order, and all the pleadings and proceedings herein, Defendant Abigail Finkelman, by and through her undersigned counsel, hereby moves this Court before the Honorable Jessica G.L. Clarke, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 1040, New York NY 10007, for an order, pursuant to Federal Rule of Civil Procedure 65(a) and (b), issuing a temporary restraining order and/or preliminary injunction enjoining Gideon Rapaport from filing any pleadings, motions, or other filings against or concerning Abigail Finkelman without prior leave of this Court. Defendant respectfully requests oral argument on this motion this afternoon after 2pm EST, or September 8, or, in the alternative, as soon as practicable for the Court.

Dated: September 5, 2025
      New York, New York

                                        LAW OFFICE OF MAX RODRIGUEZ PLLC

                                        By:    /s/ Max Rodriguez

                                        Max Rodriguez
                                        575 5th Avenue
                                        14th Floor
                                        New York, NY 10017
                                        (646) 741-5167
                                        max@maxrodriguez.law
                                        *Attorney for Defendant Abigail Finkelman*