UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT, <br><br>                    Plaintiff, <br><br> - vs. - <br><br> ABIGAIL FINKELMAN, <br><br>                    Defendant. | No.: 1:24-cv-05942 (JGLC) |

## **[PROPOSED] ORDER**

The Motion, pursuant to Fed. R. Civ. P. 65(a) and/or (b), for a temporary restraining order and/or preliminary injunction enjoining Gideon Rapaport from filing any pleadings, motions, or other filings against or concerning Abigail Finkelman without prior leave of this Court, is hereby GRANTED.

It is ORDERED that Gideon Rapaport may not, without prior leave of this Court by way of letter motion and order granting such letter motion:

1. Make further filings in any pending case brought by him or on his behalf against or concerning Abigail Finkelman;

2. File any action or have any action filed on his behalf in this Court or any other federal court in the United States against or concerning Abigail Finkelman;

3. File any document in any other case about or concerning Abigail Finkelman; or

4. Serve, or request issuance of summons to serve, any document or paper purporting to be served in connection with any action or filing against or concerning Abigail Finkelman.

Nothing in this order shall be construed as having any effect on Gideon Rapaport's ability to defend himself in any criminal action brought against him.

IT IS SO ORDERED.

This ___ day of _____, 2025

                                                                                                                     _____
                                                                                                                      Honorable Jessica G. L. Clarke
                                                                                                                      United States District Judge