EXHIBIT C

Friday, September 5, 2025 at 11:28:42 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Rapaport v. Finkelman, No. 1:24-cv-05942-JGLC (Application for Temporary Restraining Order) |
| **Date:** | Friday, September 5, 2025 at 10:57:08 AM Eastern Daylight Time |
| **From:** | Max Rodriguez |
| **To:** | ClarkeNYSDChambers@nysd.uscourts.gov |
| **CC:** | Gideon Rapaport |
| **Attachments:** | image002.png, 0055. (09-05-2025) EMERGENCY LETTER addressed to Judge Jessica G. L. Clarke from Max Rodriguez dated September 5 2025.pdf, 0055-001. (09-05-2025) Exhibit A (New Complaint).pdf, 0055-002. (09-05-2025) Exhibit B (Notice to Plaintiff).pdf |

To Whom It May Concern,

Please find enclosed ECF no. 55 and Exhibits A and B thereto, filed moments ago in the above-captioned case. Per Judge Clarke's individual rule 4(i), Defendant Abigail Finkelman is informing the Court of her intention to file a motion for a temporary restraining order today, requesting a hearing on the matter either this afternoon after 2pm or Monday, September 8.

Thank you for your attention to this matter.

Respectfully,

**MAX RODRIGUEZ**
Principal and Founder
(he/him/his)



575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-5167
max@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.