EXHIBIT H

**Friday, September 5, 2025 at 12:25:39 Eastern Daylight Time**

---

| | |
|---|---|
| **Subject:** | Rapaport v. Finkelman, No. 1:24-cv-05942-JGLC (SDNY) |
| **Date:** | Thursday, September 4, 2025 at 5:06:40 PM Eastern Daylight Time |
| **From:** | Max Rodriguez |
| **To:** | Gideon Rapaport |
| **Attachments:** | image002.png, 2025.09.04 Cover Letter to Gideon Rapaport (circ).pdf, 2025.09.04 Memo of Law ISO Renewed Motion for Sanctions (circ).pdf, 2025.09.04 Notice of Renewed Motion for Sanctions (circ).pdf |

Mr. Rapaport,

Please see the attached materials, which I will also send to your listed address by Federal Express this evening.

Sincerely,

**MAX RODRIGUEZ**
Principal and Founder
(he/him/his)



575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-5167
max@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.