The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re:**     **Rapaport v. Finkelman, 24-cv-05942**

**Letter re Potential Forthcoming Motion for Reconsideration or Relief**

Your Honor:

    I am respectfully writing to inform the Court that I am considering the filing of a motion for reconsideration and/or for relief per FRCP 59 or 60. I would expect to file such a motion or motions on or about September 26, 2025.

    Thank you for considering my position in this matter.

    Respectfully submitted,

    /s/ Gideon Rapaport *pro se*
    GideonRapaportLaw@outlook.com
    (862) 213-0895
    #627 1078 Summit Avenue
    Jersey City, New Jersey, 07307