UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                Plaintiff,

-against-

ABIGAIL FINKELMAN,

                Defendant.

24-CV-5942 (JGLC)

**ORDER REGARDING DEFENDANT'S APPLICATION FOR A TRO**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received Defendant's letter, memorandum, and supporting materials in support of her "emergency" application for a temporary restraining order ("TRO"). ECF Nos. 55–57, 59. In the motion, Defendant asks this Court to enjoin Gideon Rapaport, the *pro se* Plaintiff in this action, from "filing any pleadings, motions, or other filings against or concerning Abigail Finkelman without prior leave of this Court." ECF No. 59 at 1. Defendant notes that Plaintiff has filed another "frivolous" action against her, *Rapaport v. Finkelman*, No. 25-CV-7294 ("*Finkelman II*"), seeking declaratory relief which amounts to an abuse of the legal system and harassment. *Id. Finkelman II* has now been assigned to the undersigned.

      The parties are HEREBY ORDERED to appear for a conference before this Court on **September 10, 2025 at 12:00 PM** to discuss *Finkelman II* and Defendant's request. The conference will be held remotely by Microsoft Teams. Counsel (and Plaintiff) will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 527963723#.

Dated:  September 8, 2025
           New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge