

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

October 21, 2024

<u>**Via Certified Mail and Email**</u>

Gideon Rapaport
1078 Summit Avenue, #627
Jersey City, NJ 07307
*email*: GideonRapaportLaw@outlook.com

    Re:    *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Mr. Rapaport:

    I represent Defendant Abigail Finkelman in the above-captioned action. Enclosed with this letter please find copies of the motions and supporting declarations and memoranda of law for Defendant's motion to dismiss, ECF no. 17–19, and her motion for sanctions against you and your former counsel, Mr. Altman, ECF no. 20–22. There are exhibits attached to each declaration, which I have not included in the paper copies being mailed to the above address. I am including those exhibits in the email attachments.

    To be clear due to your status as a *pro se* plaintiff, I represent the Defendant and not you, and so nothing I say should be relied on or construed as legal advice without your own independent assessment. Having said that, I advise you that under the Court's Local Rule 6.1(b), all papers submitted in opposition to a motion, should you choose to file any, are due within fourteen days of service of the moving papers, i.e., within fourteen days of today.

    ==Again, Ms. Finkelman reserves all rights and remedies==. If you wish to discuss potential resolution of this matter in advance of the Court's decisions on these motions, feel free to contact me at the above-listed email or phone number.

                                   Sincerely,

                                   <u>*/s/ Max Rodriguez*</u>

                                   Max Rodriguez