UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                     Plaintiff,<br><br>-against-<br><br>ABIGAIL FINKELMAN,<br><br>                     Defendant. | 24-CV-5942 (JGLC)<br><br>**POST-CONFERENCE ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      As stated at the September 10, 2025 Microsoft Teams conference before this Court regarding the Defendant's application for a TRO (ECF No. 56), the parties are directed to confer and submit, by **September 18, 2025**, a joint letter to this Court. The joint letter shall (1) provide an update on the parties' negotiations regarding a potential resolution or stipulation as to the issues raised by the TRO application (and attach any such stipulation as an exhibit); and (2) indicate whether the parties wish to be referred to Magistrate Judge Moses for settlement purposes with respect to Defendant's forthcoming motion. The Court takes the pending TRO application under advisement until that time.

Dated: September 10, 2025
       New York, New York

                                                      SO ORDERED.

                                                      *Jessica Clarke*

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge