The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re:**     **Rapaport v. Finkelman, 24-cv-05942**

<u>**Letter Requesting Entry of Judgment**</u>

Your Honor:

    I am respectfully writing to request for an entry of judgment to be entered as a separate document within the meaning of FRCP Rule 58(a).

    On August 29, 2025, the Court granted dismissed all claims in this action with prejudice in its order ECF # 52.

    The Court's order denied all relief and resolved all claims in this action, making it a final order pursuant to Federal Rule of Civil Procedure 58(b)(1)(C). However, no separate judgment has been entered on the docket as required by Federal Rule of Civil Procedure 58(a) so far.

    Pursuant to Federal Rule of Civil Procedure 58(d), I am respectfully requesting that the Court direct the Clerk to enter judgment in a separate document within the meaning of FRCP Rule 58(a).

    Thank you for considering my request in this matter.

    Respectfully submitted,

    /s/ Gideon Rapaport *pro se*
    GideonRapaportLaw@outlook.com
    (862) 213-0895
    #627 1078 Summit Avenue
    Jersey City, New Jersey, 07307