

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

September 16, 2025

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

  Re: *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Judge Clarke:

  I represent Defendant Abigail Finkelman in the above-captioned action. Since my last letter, Plaintiff today has now filed three letters and another notice of appeal. *See* ECF no. 68–71. These letters, among other things, misrepresent the record (including before Your Honor at the September 10 hearing), misrepresent authorities, ask for relief that can only be granted by motion, and generally illustrate Plaintiff's disrespect for these proceedings and the orderly administration of justice.

  I reserve the right to respond to each submission on the merits (if needed) once there has been a hearing and/or an order issued on the pending motion for a temporary restraining order and/or preliminary injunction.

  Thank you for your Honor's consideration in this matter.

            Respectfully,

            */s/ Max Rodriguez*
            Max Rodriguez