

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

September 17, 2025

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

  Re: *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Judge Clarke:

  I represent Defendant Abigail Finkelman in the above-captioned action. I write to update the Court that Plaintiff has now filed a motion for summary judgment in *Rapaport v. Finkelman*, No. 1:25-cv-07294-UA, ECF no. 7–8 (S.D.N.Y. Sept. 17, 2025). Those filings are attached to this letter as Exhibit A and Exhibit B.

  As noted at the September 10 hearing, Ms. Finkelman has not been served (indeed, no summons has been issued) and has not had counsel appear in that matter. With each passing day Plaintiff is doubling down on further multiplying vexatious proceedings to further complicate this dispute through a declaratory judgment action that, procedurally and substantively has no dispute and is not justiciable.

  For the reasons already explained and for the reasons Plaintiff's conduct continues to demonstrate, the motion for a temporary restraining order and/or preliminary injunction must be granted immediately. I remain available at the Court's convenience should another hearing be necessary.

  Thank you for your Honor's consideration in this matter.

            Respectfully,

            */s/ Max Rodriguez*
            Max Rodriguez