UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GIDEON RAPAPORT

                          Plaintiff, *pro se*

      -against-

ABIGAIL BERYL FINKELMAN

                          Defendant.
-----------------------------------------------------------------x

Case No. 1:25-cv-07294

**ORAL ARGUMENT REQUESTED**

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Plaintiff Gideon Rapaport, *pro se*, moves for Summary Judgment per Rule 56 before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York.

September 16, 2025

Respectfully submitted,

/s/ Gideon Rapaport, *pro se*
GideonRapaportLaw@Outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07310