UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                      Plaintiff,

      -against-                            24-CV-5942 (JGLC)

ABIGAIL FINKELMAN,                    **ORDER**

                      Defendant.

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff, who is proceeding *pro se*, recently filed two letters (ECF Nos. 61 and 69) that (1) requested that this Court enter judgment in order to permit him to appeal the Court's prior decision on Defendant's motion to dismiss (ECF No. 52, the "MTD Order"); and (2) stated an intention to file a motion for relief from the Court's MTD Order pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure. For substantially the reasons identified in Defendant's response letter (ECF No. 77), the Court denies both requests.

      The Court denies any forthcoming reconsideration motion because it would be untimely. Local Rule 6.3 requires that such motions be filed within fourteen days of entry of the challenged order. The MTD Order was entered nearly a month ago on August 29, 2025, and the Court did not receive, or grant, any requested extension by Plaintiff of that deadline. Moreover, the fact that Plaintiff has already successfully appealed the MTD Order (ECF No. 71) means the Court no longer had jurisdiction to reconsider the very ruling on appeal. "[T]he filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *United States v. Rodgers*, 101 F.3d 247, 251 (2d Cir. 1996) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)).

2

In addition, any purported motion pursuant to FRCP 59 would be improper because, as Plaintiff recognizes, no judgment has been entered in this case given the ongoing existence of substantive issues to be adjudicated (like Defendant's entitlement to fees under New York Civil Rights Law). The Court likewise denies Plaintiff's request for an entry of judgment for similar reasons, and because, as the docket demonstrates, he has not been precluded from appealing the MTD Order.

In light of the foregoing, Plaintiff's requests are denied, and he is further reminded that (1) he must file a letter motion seeking leave of this Court before filing any further motions; and (2) he is expected to fully comply with Local Rules and the Court's Individual Rules and Practices.

Dated: September 24, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge