UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                     Plaintiff,

      - vs. -

ABIGAIL FINKELMAN,

                  Defendant.

No.: 1:24-cv-05942 (JGLC)

### DECLARATION OF MAX RODRIGUEZ, ESQ. IN SUPPORT OF DEFENDANT ABIGAIL FINKELMAN'S RENEWED MOTION FOR RULE 11 SANCTIONS AGAINST PLAINTIFF GIDEON RAPAPORT AND PLAINTIFF'S FORMER COUNSEL RICHARD A. ALTMAN AND THE LAW OFFICE OF RICHARD A. ALTMAN

MAX RODRIGUEZ, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1.      I am a Principal in the law firm Law Office of Max Rodriguez PLLC, counsel for defendant Abigail Finkelman in the above-captioned action. I submit this declaration in support of Ms. Finkelman's renewed Motion for Rule 11 Sanctions Against Plaintiff Gideon Rapaport, Plaintiff's Former Counsel Richard A. Altman, and the Law Office of Richard A. Altman.

2.      Attached as **Exhibit 1** is a true and correct copy of an e-mail dated September 4, 2025, sent by me to Richard Altman, providing service of the notice and memorandum of law in support of the renewed motion for sanctions.

3.      Attached as **Exhibit 2** is a true and correct copy of an e-mail dated September 4, 2025, sent by me to Gideon Rapaport, providing a cover letter and service of the notice and memorandum of law in support of the renewed motion for sanctions.

4.      Attached as **Exhibit 3** is a true and correct copy of a cover letter dated September 4, 2025, sent by me to Gideon Rapaport as an attachment to Exhibit 2.

5.      Attached as **Exhibit 4** is a true and correct copy of the notice of the renewed motion for sanctions, sent by me to Gideon Rapaport and Richard Altman as an attachment to Exhibits 1 and 2.

6.      Attached as **Exhibit 5** is a true and correct copy of the memorandum of law in support of the renewed motion for sanctions, sent by me to Gideon Rapaport and Richard Altman as an attachment to Exhibits 1 and 2.

7.      Neither Gideon Rapaport nor Richard Altman replied to provide any responses or defenses associated with their conduct raised in the draft motion materials.

8.      Attached as **Exhibit 6** is a true and correct copy of a decision and order dated February 15, 2022 in *Carey v. Carey et al.*, No. 152192/2021 (N.Y. Cnty. Sup. Ct.), docketed at NYSCEF no. 78.

9.      Attached as **Exhibit 7** is a true and correct copy of a decision and order dated March 22, 2022 in *Gillespie v. Kling*, No. 158959/2021 (N.Y. Cnty. Sup. Ct.), docketed at NYSCEF no. 43.

10.      Attached as **Exhibit 8** is a true and correct copy of my previous declaration in support of the first motion for sanctions, dated October 21, 2024, and docketed in this case at ECF no. 21.

Dated: October 3, 2025
        New York, New York

LAW OFFICE OF MAX RODRIGUEZ PLLC

By: ____/s/ *Max Rodriguez*_____

Max Rodriguez
575 5th Avenue
14th Floor
New York, NY 10017
(646) 741-5167
max@maxrodriguez.law
*Attorney for Defendant Abigail Finkelman*