# EXHIBIT 1

**Friday, September 26, 2025 at 12:23:30 PM Central Daylight Time**

| | |
|---|---|
| **Subject:** | Rapaport v. Finkelman, No. 1:24-cv-05942-JGLC (SDNY) |
| **Date:** | Thursday, September 4, 2025 at 4:11:00 PM Central Daylight Time |
| **From:** | Max Rodriguez |
| **To:** | altmanlaw@earthlink.net |
| **Attachments:** | image002.png, 2025.09.04 Memo of Law ISO Renewed Motion for Sanctions (circ).pdf, 2025.09.04 Notice of Renewed Motion for Sanctions (circ).pdf |

Richard, please see attached. Per Rule 11(c)(2) and Judge Clarke's order, we intend to file this motion no earlier than September 26, but no later than October 3.

If you wish to make an offer to resolve this as to yourself and your firm, I will of course relay it to my client. To be clear, the amount you proposed last fall (or anything close to it) would not be sufficient at this juncture.

Sincerely,

**MAX RODRIGUEZ**
Principal and Founder
(he/him/his)



575 5th Avenue
14th Floor
New York, NY 10017

T 646-741-5167
max@maxrodriguez.law
www.maxrodriguez.law

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachments from your system; you must not copy or disclose the contents or any attachments to any other person.