UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>  Plaintiff,<br><br>  - vs. -<br><br>ABIGAIL FINKELMAN,<br><br>  Defendant. | No.: 1:24-cv-05942 (JGLC) |

**NOTICE OF DEFENDANT ABIGAIL FINKELMAN'S MOTION
FOR ATTORNEY'S FEES UNDER NEW YORK'S ANTI-SLAPP LAW**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for Attorney's Fees under New York's Anti-SLAPP Law, and all the pleadings and proceedings herein, Defendant Abigail Finkelman, by and through her undersigned counsel, hereby moves this Court before the Honorable Jessica G.L. Clarke, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 1040, New York NY 10007, for an order, pursuant to N.Y. Civil Rights Law § 70-a(1)(a), ordering an award of attorney's fees and costs related to defense of this action against Plaintiff Gideon Rapaport. Defendant respectfully requests oral argument on this motion.

Dated: October 3, 2025
      New York, New York

                                        LAW OFFICE OF MAX RODRIGUEZ PLLC

                                        By:    /s/ *Max Rodriguez*

                                        Max Rodriguez
                                        575 5th Avenue
                                        14th Floor
                                        New York, NY 10017
                                        (646) 741-5167
                                        max@maxrodriguez.law
                                        *Attorney for Defendant Abigail Finkelman*