**Law Office of Richard A. Altman**  
**150 East 56th Street, Suite 12B**  
**New York, New York 10022**

Tel. and Fax 212.633.0123  
altmanlaw@earthlink.net  
artesq@earthlink.net  
www.altmanlaw.nyc

October 22, 2024

BY ECF  
Hon. Jessica G. L. Clarke  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: *Rapaport v. Finkelman*, Case No. 24-cv-05942-JGLC

Your Honor:

I write to join Mr. Rapaport's request for an extension of time to respond to Mr. Rodriguez's Rule 11 motion. My reasons for needing the time are (1) I am presently counsel on three separate appeals in the Appellate Division, First Department, which must be perfected or argued in the next month; and (2) I am in the process of retaining counsel to appear on my behalf and respond to the motion. I am too personally offended by Mr. Rodriguez's disgraceful accusations and bad-faith conduct to effectively address the issues on my own.

I appreciate the Court's attention.

Respectfully,

*[signature]*

Richard A. Altman

Copies to Mr. Rapaport  
and Mr. Rodriguez by ECF.