EXHIBIT 1

**Tuesday, October 7, 2025 at 10:25:51 Eastern Daylight Time**

**Subject:** Re: Rapaport v. Finkelman 24-5942 Conferral re Extension of Time to Respond to Motions for Sanctions and Attorney's Fees
**Date:** Monday, October 6, 2025 at 9:40:23 AM Eastern Daylight Time
**From:** Max Rodriguez
**To:** Richard A. Altman
**CC:** Gideon Rapaport

Unless there is a particular extenuating circumstance you can articulate, I will not consent. Competing deadlines are not an extenuating circumstance.

Both you and Mr. Rapaport have been on notice about the arguments articulated, in the case of the sanctions motion, for a full year. Judge Clarke also set the particular deadline by which I would file 5 weeks ago.

If you wish to discuss resolving this matter to eliminate your need to respond, I am available at your convenience.

Sent from my iPhone

> On Oct 6, 2025, at 9:32AM, Richard A. Altman <altmanlaw@earthlink.net> wrote:
>
> I would join the request. I have appeals to perfect and argue this month, and several conferences and personal court appearances.
> And requests of this sort between counsel are usually granted as a matter of course.
>
> Richard Altman
>
> On Mon, 06 Oct 2025 09:26:52 -0400, Max Rodriguez <max@maxrodriguez.law> wrote:
>
>> Mr. Rapaport,
>>
>> What is the basis for your extension request? I cannot consider it without a reason.
>>
>> Sincerely,
>> Max
>>
>> Sent from my iPhone

On Oct 6, 2025, at 9:25AM, Gideon Rapaport <GideonRapaportLaw@outlook.com> wrote:

Dear Messrs. Rodriguez and Altman,

I am writing to confer regarding an extension of time to respond to the motions for sanctions and for attorney's fees.

I would request for an extension until Thursday, November 20, and would be willing to agree to an extension for any reply briefs.

Please let me know of your positions by tomorrow at noon if possible.

Gideon Rapaport

--
Law Office of Richard A. Altman
150 East 56th Street, Suite 12B
New York, New York 10022
Tel. & Fax 212.633.0123
www.altmanlaw.nyc