EXHIBIT 2

**Tuesday, October 7, 2025 at 10:24:39 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Rapaport v. Finkelman 24-5942 Conferral re Extension of Time to Respond to Motions for Sanctions and Attorney's Fees |
| **Date:** | Monday, October 6, 2025 at 9:43:41 AM Eastern Daylight Time |
| **From:** | Max Rodriguez |
| **To:** | Gideon Rapaport |
| **CC:** | altmanlaw@earthlink.net |

I reiterate what I just said to Mr. Altman. This is not a valid basis and I do not consent. You have been on notice about all of this. Your claims are especially incredulous because you just spent weeks you could have been preparing to oppose these motions filing a declaratory judgment action and related briefs and motions on some of the same issues.

If you want to confer about resolution, you can contact me separately.

Sent from my iPhone

> On Oct 6, 2025, at 9:40AM, Gideon Rapaport <GideonRapaportLaw@outlook.com> wrote:
>
> Dear Mr. Rodriguez,
>
> Your two motions raise a substantial number of issues of laws and fact, and are practically an entire action against myself and my former counsel requiring a reexamination of the complaint and proceedings according to the standard for sanctions, and another action against me requiring an adjudication of multiple issues per NY CRL 70-a(1).
>
> Considering that I am not an attorney nor full-time litigator, I will require more time to respond to these motions.
>
> I also write to appreciate Mr. Altman's joining of my request, and endorse his remark that such requests are usually granted as a matter of course.
>
> Gideon Rapaport
>
> **From:** Max Rodriguez <max@maxrodriguez.law>
> **Sent:** Monday, October 6, 2025 9:26 AM
> **To:** Gideon Rapaport <GideonRapaportLaw@outlook.com>
> **Cc:** altmanlaw@earthlink.net <altmanlaw@earthlink.net>
> **Subject:** Re: Rapaport v. Finkelman 24-5942 Conferral re Extension of Time to Respond to Motions for Sanctions and Attorney's Fees

Mr. Rapaport,

What is the basis for your extension request? I cannot consider it without a reason.

Sincerely,
Max


Sent from my iPhone

> On Oct 6, 2025, at 9:25AM, Gideon Rapaport <GideonRapaportLaw@outlook.com> wrote:
>
>
> Dear Messrs. Rodriguez and Altman,
>
> I am writing to confer regarding an extension of time to respond to the motions for sanctions and for attorney's fees.
>
> I would request for an extension until Thursday, November 20, and would be willing to agree to an extension for any reply briefs.
>
> Please let me know of your positions by tomorrow at noon if possible.
>
> Gideon Rapaport