EXHIBIT 3

October 1, 2025

Catherine O'Hagan Wolfe, Clerk of Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: <u>Local Rule 31.2 Appellant Brief Due Date Request</u>**

Dear Ms. Wolfe,

I am writing to respectfully request a deadline of December 29, 2025 for the filing of my appellant brief per Local Rule 31.2.

Thank you for considering my request in this matter,


Respectfully submitted,


/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307