The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007



**Re:    Rapaport v. Finkelman, 24-cv-05942**

**<u>Letter-Motion for Leave to File Motion to Extend Time</u>**

Your Honor:

I am respectfully writing to request leave to file a motion to extend time to oppose the motions for sanctions and attorney's fees filed by defendant Finkelman on October 3, 2025. Mr. Richard Altman, an independent party, will be joining me in this request as applicable.

The current deadline for an opposition would be October 17, 2025. The proposed deadline would be November 20, 2025. There have been no other requests relating to these due dates.

I have conferred with defendant Finkelman's counsel, and there has been no willingness to agree to any extension.

The basis for my request is the substantial number of legal and factual issues raised by defendant Finkelman's simultaneous motions. In her motion for sanctions, defendant Finkelman seeks to effectively re-litigate the complaint and apparently all proceedings according to the standard for sanctions. In her motion for sanction's fees, defendant Finkelman also seeks to effectively re-litigate this issue according to the requirements of NY CRL 70-a(1), which also raises relatively novel procedural questions as to whether such claims may be brought by post-dismissal motion in a federal court at all.

I am not an attorney, nor a full-time litigator, and will require more time to adequately respond to these dual motions. I am also involved in two appeals presently.

Thank you for considering my request in this matter,

Respectfully submitted,

/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

Application GRANTED. Due to Plaintiff's *pro se* status, the Court extends the deadline for all responses to Defendant's October 3, 2025, motions to November 20, 2025. No further extensions for opposition will be granted. The Court also extends the Defendant's deadline to reply to December 1, 2025. The Clerk of Court is respectfully directed to terminate ECF Nos. 85 and 86.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 8, 2025
New York, New York