UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gideon Rapaport

Fill in above the full name of each plaintiff or petitioner.

Case No. 24 CV 5942(JGLC)

-against-

Abigail Finkelman

Fill in above the full name of each defendant or respondent.

## DECLARATION

In Opposition to Defendants Motion for Sanctions

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Gideon Rapaport, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

1. My sole purpose in commencing and continuing this action was to clear my name and obtain just compensation arising from defendant Finkelman's republication of the digitally manipulated forgery exhibited in Complaint Exhibit 1 and 2.

2. I concluded in good faith that I had a strong and reasonable basis to bring claims for defamation and false light invasion of privacy, the latter per New Jersey law, which is my domicile.

Rev. 6/30/16

3. Defendant Finkelman is the only person, to the best of my knowledge, that sought out and republished the digitally manipulated forgery after the original set of tortfeasors fabricated and published it removed from the internet to prevent comparison with their second, more technically sophisticated forgery, exhibited in the docket of the Rapaport v. Doe 1 et al. 23-cv-6709 action at ECF 38-2.

4. The republication of the forged image by defendant Finkelman significantly injured my reputation, prevented me from obtaining professional employment or fully participating in society, portrayed in a false light before my community, intruded upon my privacy and mental tranquility, and caused me emotional suffering and distress.

5. Any suggestion that I have sought to limit defendant Finkelman from commenting upon or engaging with the Rapaport v. Doe 1 et al. 23-cv-6709 action in a non-defamatory or non-tortious manner is false.

6. I would welcome any coverage, including critical coverage, to bring attention to the serious malfeasance and substantial injury I have suffered by the defendants subsequently identified in that action and proceeded against as the result of a subpoena issued by the Court.

Attach additional pages and documents if necessary.

| 11/20/2025 | /s/ Gideon Rapaport |
|---|---|
| Executed on (date) | Signature |
| Gideon Rapaport | |
| Name | Prison Identification # (if incarcerated) |
| 627-1078 Summit Avenue | Jersey City   NJ   07307 |
| Address | City   State   Zip Code |
| 862 213 0895 | gideonrapaportlaw@outlook.com |
| Telephone Number (if available) | E-mail Address (if available) |