The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:     Rapaport v. Finkelman et al., 24-cv-05942

**<u>Letter in Regard to Late Filing of Opposition to Motion for Sanctions</u>**

Your Honor:

    I am respectfully writing in sincere apology for my late filing of my opposition to defendant Finkelman's motion for sanctions.

    Yesterday, when I was preparing to submit both motions I accidentally saved my opposition to the attorney's fees motion over my opposition to the motion for sanctions and overwrote it. I did not realize I had done so initially, and had to rework the latter motion from an earlier draft.

    I respectfully wish that my error causing delay can be excused as an honest one. Both oppositions were very similar as to the application of the "substantial basis" standard with regard to fees motion and the "nonfrivolous argument" standard for the sanctions motion. My mistake was caused by a portion of both texts looking identical analyzing those very similar standards.

    The Second Circuit in *Harris v. American Accounting Association* 2023 WL 2803770 (2023) stated: "[The state] law is unclear in several respects. We are therefore not persuaded that Harris's reverse passing off claim, when viewed with the indulgence afforded to pro se litigants, was *wholly 'without a substantial basis in fact and law' and incapable of being 'supported by a substantial argument for extension, modification or reversal of existing law,'* as the statute requires." (citing *Aristocrat Plastic Surgery, P.C. v. Silva*, 206 A.D.3d 26, 29 (1st Dep't 2022)) (emphasis added) and in my best understanding this closely mirrors the federal standard for the making of nonfrivolous arguments per FRCP Rule 11(b)(2).

    I would agree to any commensurate extension of time for a reply.


Thank you for your consideration of this matter.

    Respectfully submitted,

        /s/ Gideon Rapaport *pro se*
        GideonRapaportLaw@outlook.com
        (862) 213-0895
        #627 1078 Summit Avenue
        Jersey City, New Jersey, 07307