

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

November 25, 2025

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

  Re: *Rapaport v. Finkelman*, No. 1:24-cv-05942-JGLC

Dear Judge Clarke:

  I represent Defendant Abigail Finkelman in the above-captioned action. I respectfully move for a two-day extension of Ms. Finkelman's deadline to file reply briefs in further support of her motions (1) for sanctions against Plaintiff Gideon Rapaport, his former counsel Richard Altman, and his firm the Law Office of Richard Altman; and (2) in the alternative if Ms. Finkelman's fees and costs are not awarded under the sanctions motion, her motion for fees and costs under N.Y. Civil Rights Law § 70-a(1)(a) (the "Anti-SLAPP Motion").

  The reason for the request is to account for Plaintiff's filing of an opposition to the Anti-SLAPP Motion in excess of this Court's page limits, and his late filing of an opposition to the sanctions motion. Subject to the granting of the requested extension, Ms. Finkelman will not object to either of the above-mentioned filing discrepancies.

  The current deadline for the reply briefs is December 1, 2025, and the new deadline would be December 3, 2025. Plaintiff consents to the request and Mr. Altman takes no position on the request. There have been no prior requests for adjournment or extension of this deadline.

  Finally, consistent with your Honor's individual rules, I note that there is no next-scheduled appearance in this matter, but should the Court wish to hear oral argument on Ms. Finkelman's motions after they are fully briefed, I will make myself available at any time the Court wishes.

  Thank you for your Honor's consideration in this matter.

            Respectfully,

            */s/ Max Rodriguez*
            Max Rodriguez