UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

                Plaintiff,

- vs. -

ABIGAIL FINKELMAN,

                Defendant.

No.: 1:24-cv-05942 (JGLC)

**REPLY DECLARATION OF MAX RODRIGUEZ, ESQ. IN SUPPORT OF DEFENDANT ABIGAIL FINKELMAN'S MOTION FOR ATTORNEY'S FEES UNDER NEW YORK'S ANTI-SLAPP LAW**

MAX RODRIGUEZ, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1. I am a Principal in the law firm Law Office of Max Rodriguez PLLC, counsel for defendant Abigail Finkelman in the above-captioned action. I submit this declaration in support of Ms. Finkelman's motion for attorney's fees under New York's anti-SLAPP law, ECF no. 82. *See* Civil Rights Law § 70-a(1)(a).

2. Attached as **Exhibit 1** is a true and correct copy of my firm's billing records for this matter from August 16, 2024, to February 12, 2025. These entries are from the firm's prior time-keeping platform, Bill4Time. After February 2025, the firm changed from Bill4Time to Clio for time-keeping and billing functions.

3. Attached as **Exhibit 2** is a true and correct copy of my firm's billing records for this matter from April 8, 2025, to December 2, 2025.

Dated: December 3, 2025
      New York, New York

                                     LAW OFFICE OF MAX RODRIGUEZ PLLC

                                     By:    /s/ *Max Rodriguez*

                                   Max Rodriguez
                                   575 5th Avenue
                                   14th Floor
                                   New York, NY 10017
                                   (646) 741-5167
                                   max@maxrodriguez.law
                                   *Attorney for Defendant Abigail Finkelman*