

# Law Office of Max Rodriguez PLLC - Summary Report

Date Start: 1/1/2024 | Date End: 4/14/2025 | Clients: Finkelman, Abby | Matters: | Users: All | Account Managers: All | Group By: Client

| Date | Activity | Matter | Description | Billing Status | Rate/ Unit Price | Labor Time/ Quantity | Non-billable Amount | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|
| **Finkelman, Abby** | | | | | | | | | |
| **Alex Castro** | | | | | | | | | |
| 08/16/2024 | Administrative | Rapaport v. Finkelman | Preparing case folder, billing matter, and engagement letter | Ready | $225.00 hr | 0.60 | $0.00 | 0.60 | $135.00 |
| 08/27/2024 | Draft | Rapaport v. Finkelman | Editing signature block for stipulation re waiver of service document | Ready | $225.00 hr | 0.20 | $0.00 | 0.20 | $45.00 |
| 08/28/2024 | Draft | Rapaport v. Finkelman | Drafting notice of appearance and waiver of the service of summons | Ready | $225.00 hr | 0.60 | $0.00 | 0.60 | $135.00 |
| 08/29/2024 | Administrative | Rapaport v. Finkelman | Calendaring future deadlines | Ready | $225.00 hr | 0.30 | $0.00 | 0.30 | $67.50 |
| 09/16/2024 | Documentation | Rapaport v. Finkelman | Download and organize documents from plaintiff's previous case | Ready | $225.00 hr | 0.80 | $0.00 | 0.80 | $180.00 |
| 09/18/2024 | Documentation | Rapaport v. Finkelman | Research re: online discussion of plaintiff's prior lawsuit | Ready | $225.00 hr | 0.20 | $0.00 | 0.20 | $45.00 |
| 09/18/2024 | Administrative | Rapaport v. Finkelman | Read complaint from previous lawsuit | Ready | $225.00 hr | 0.80 | $0.00 | 0.80 | $180.00 |
| 09/19/2024 | Documentation | Rapaport v. Finkelman | Conduct internet discourse research regarding plaintiff's prior lawsuit | Ready | $225.00 hr | 0.70 | $0.00 | 0.70 | $157.50 |
| 09/23/2024 | Research | Rapaport v. Finkelman | Research re: online discussion of plaintiff's prior lawsuit | Ready | $225.00 hr | 1.00 | $0.00 | 1.00 | $225.00 |

| Date | Category | Case | Description | Status | Rate | Hours | Adj. | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/2024 | Research | Rapaport v. Finkelman | Research re: online discussion of plaintiff's prior lawsuit | Ready | $225.00 hr | 0.20 | $0.00 | 0.20 | $45.00 |
| 10/15/2024 | Draft | Rapaport v. Finkelman | Organize exhibits/add exhibit slip sheets, add exhibit descriptions in declaration | Ready | $225.00 hr | 1.40 | $0.00 | 1.40 | $315.00 |
| 10/15/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Cite check on motion for sanctions | Ready | $225.00 hr | 0.60 | $0.00 | 0.60 | $135.00 |
| 10/16/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Cite check motion for sanctions | Ready | $225.00 hr | 3.20 | $0.00 | 3.20 | $720.00 |
| 10/16/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft necessary tables for motion for sanctions | Ready | $225.00 hr | 1.20 | $0.00 | 1.20 | $270.00 |
| 10/17/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Cite check on motion to dismiss | Ready | $225.00 hr | 2.10 | $0.00 | 2.10 | $472.50 |
| 10/17/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft necessary tables for motion for sanctions | Ready | $225.00 hr | 1.30 | $0.00 | 1.30 | $292.50 |
| 10/17/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft necessary tables for motion to dismiss | Ready | $225.00 hr | 1.50 | $0.00 | 1.50 | $337.50 |
| 10/18/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Complete cite check/draft necessary tables for motion to dismiss | Ready | $225.00 hr | 3.50 | $0.00 | 3.50 | $787.50 |
| 10/21/2024 | Mailing/Postage | Rapaport v. Finkelman | Mail and postage costs for document delivery to plaintiff | Ready | $13.26 ea | 1.00 | $0.00 | $13.26 | $13.26 |
| 10/21/2024 | Administrative | Rapaport v. Finkelman | Download, print, and prepare documents for mail to plaintiff | Ready | $225.00 hr | 1.60 | $0.00 | 1.60 | $360.00 |
| 10/21/2024 | Administrative | Rapaport v. Finkelman | Mail relevant documents to plaintiff | Ready | $225.00 hr | 1.20 | $0.00 | 1.20 | $270.00 |
| 10/21/2024 | Administrative | Rapaport v. Finkelman | Update calendar to reflect new case deadlines | Ready | $225.00 hr | 0.10 | $0.00 | 0.10 | $22.50 |

| Date | Category | Case | Description | Status | Rate | Hours | Discount | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/2024 | Administrative | Rapaport v. Finkelman | Sign up for tracking updates/check package (for plaintiff) status | Ready | $225.00 hr | 0.10 | $0.00 | 0.10 | $22.50 |
| 10/22/2024 | Administrative | Rapaport v. Finkelman | Update calendar to reflect new case deadlines | Ready | $225.00 hr | 0.10 | $0.00 | 0.10 | $22.50 |
| | | | Total Labor For Alex Castro | | | 23.30 | $0.00 | 23.30 | $5,242.50 |
| | | | Total Expense For Alex Castro | | | | | $13.26 | $13.26 |
| | | | Total For Alex Castro | | | | | | $5,255.76 |

**Jade Van Kley**

| Date | Category | Case | Description | Status | Rate | Hours | Discount | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/2024 | Meeting | Rapaport v. Finkelman | Meeting with Max | Ready | $225.00 hr | 0.80 | $0.00 | 0.80 | $180.00 |
| 10/22/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Reviewing plaintiff's motions | Ready | $225.00 hr | 1.00 | $0.00 | 1.00 | $225.00 |
| 10/23/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Reviewing plaintiff motion, proofing reply motion to extend or clarify deadline | Ready | $225.00 hr | 1.00 | $0.00 | 1.00 | $225.00 |
| 10/25/2024 | Meeting | Rapaport v. Finkelman | Reviewing plaintiff's motion, reviewing court memo, meeting with Max | Ready | $225.00 hr | 1.50 | $0.00 | 1.50 | $337.50 |
| 11/04/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Internal messages and factual research re: proposed motion extension. | Ready | $225.00 hr | 1.50 | $0.00 | 1.50 | $337.50 |
| 11/06/2024 | Investigations, Factual Research | Rapaport v. Finkelman | Research regarding Plaintiff's representations in extension request and opposition to MTD, meetings with Max | Ready | $225.00 hr | 3.00 | $0.00 | 3.00 | $675.00 |
| 11/07/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Meeting with Max, editing letter to grant MTD by default, Westlaw cite checking Plaintiff's opposition to MTD | Ready | $225.00 hr | 5.00 | $0.00 | 5.00 | $1,125.00 |
| 11/11/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Meeting with Max, editing reply brief ISO MTD | Ready | $225.00 hr | 1.80 | $0.00 | 1.80 | $405.00 |

| Date | Category | Case | Description | Status | Rate | Hours | Adj | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Cite checking reply brief ISO MTD | Ready | $225.00 hr | 5.20 | $0.00 | 5.20 | $1,170.00 |
| 11/13/2024 | Meeting | Rapaport v. Finkelman | Meeting with Max for final review of reply brief ISO MTD | Ready | $225.00 hr | 1.20 | $0.00 | 1.20 | $270.00 |
| 11/13/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Meeting with Max re: edits/cite checking on reply brief ISO MTD | Ready | $225.00 hr | 1.00 | $0.00 | 1.00 | $225.00 |
| 02/03/2025 | Draft | Rapaport v. Finkelman | Joint Case Management Plan, Joint Letter re Pretrial Conference proofreading | Ready | $225.00 hr | 0.50 | $0.00 | 0.50 | $112.50 |
| 02/12/2025 | Draft | Rapaport v. Finkelman | Motion for stay of discovery draft: cite checking, proofreading | Ready | $225.00 hr | 1.00 | $0.00 | 1.00 | $225.00 |
| 02/24/2025 | Draft | Rapaport v. Finkelman | Review of plaintiff's opposition to motion to stay discovery; proofreading, cite checking, filing letter in response | Ready | $225.00 hr | 1.00 | $0.00 | 1.00 | $225.00 |
| | | | **Total Labor For Jade Van Kley** | | | 25.50 | $0.00 | 25.50 | $5,737.50 |
| | | | **Total Expense For Jade Van Kley** | | | | | $0.00 | $0.00 |
| | | | **Total For Jade Van Kley** | | | | | | $5,737.50 |

**Max Rodriguez**

| Date | Category | Case | Description | Status | Rate | Hours | Adj | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/13/2024 | Meeting | Rapaport v. Finkelman | Meeting with client re: complaint. | Ready | $800.00 hr | 0.50 | $0.00 | 0.50 | $400.00 |
| 08/20/2024 | Review | Rapaport v. Finkelman | Review docket for existing deadlines. | Ready | $800.00 hr | 0.10 | $0.00 | 0.10 | $80.00 |
| 08/20/2024 | Research | Rapaport v. Finkelman | Legal research re: NY SLAPP, equivalent claims dismissed on motion to dismiss. | Ready | $800.00 hr | 0.80 | $0.00 | 0.80 | $640.00 |
| 08/26/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Emails with client, research re: waiver of service. | Ready | $800.00 hr | 0.60 | $0.00 | 0.60 | $480.00 |

| Date | Activity | Case | Description | Status | Rate | Hours | Disc. | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Legal research re: sufficiency of allegations, CRL 74 immunity, and rule 11 sanctions for frivolous defamation claims. | Ready | $800.00 hr | 4.10 | $0.00 | 4.10 | $3,280.00 |
| 08/28/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Legal research re: sufficiency of allegations, CRL 74 immunity, and rule 11 sanctions for frivolous defamation claims. | Ready | $800.00 hr | 1.70 | $0.00 | 1.70 | $1,360.00 |
| 08/29/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Legal research re: sufficiency of allegations, CRL 74 immunity, and rule 11 sanctions for frivolous defamation claims. | Ready | $800.00 hr | 2.90 | $0.00 | 2.90 | $2,320.00 |
| 09/05/2024 | Research | Rapaport v. Finkelman | Legal research re: merits of defamation claim and sanctions. | Ready | $800.00 hr | 0.80 | $0.00 | 0.80 | $640.00 |
| 09/07/2024 | Phone Call | Rapaport v. Finkelman | Emails and call with client. | Ready | $800.00 hr | 0.70 | $0.00 | 0.70 | $560.00 |
| 09/09/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review letter motion to withdraw, emails with opposing counsel, emails with client. | Ready | $800.00 hr | 0.80 | $0.00 | 0.80 | $640.00 |
| 09/10/2024 | Research | Rapaport v. Finkelman | Legal research re: retention of jurisdiction over attorney after withdrawal. | Ready | $800.00 hr | 0.60 | $0.00 | 0.60 | $480.00 |
| 09/11/2024 | Review | Rapaport v. Finkelman | Review letter from opposing counsel, emails with client. | Ready | $800.00 hr | 0.30 | $0.00 | 0.30 | $240.00 |
| 09/15/2024 | Draft | Rapaport v. Finkelman | Draft letter re: defendant's position on motion to withdraw, request retention of jurisdiction, legal research re: same. | Ready | $800.00 hr | 1.10 | $0.00 | 1.10 | $880.00 |

| Date | Category | Case | Description | Status | Rate | Hours | Adj | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Revise, finalize, and file response letter re: motion to withdraw, review response letter from opposing counsel, emails with client. | Ready | $800.00 hr | 0.90 | $0.00 | 0.90 | $720.00 |
| 09/17/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review court order, emails with client. | Ready | $800.00 hr | 0.20 | $0.00 | 0.20 | $160.00 |
| 09/19/2024 | Research | Rapaport v. Finkelman | Legal research for pre-motion 11c2 sanctions letter to plaintiff and former plaintiff counsel, related issues for motion to dismiss. | Ready | $800.00 hr | 0.70 | $0.00 | 0.70 | $560.00 |
| 09/21/2024 | Research | Rapaport v. Finkelman | Draft pre-motion 11c2 sanctions letter to plaintiff and former plaintiff counsel, legal research re: same and related issues for motion to dismiss. | Ready | $800.00 hr | 4.10 | $0.00 | 4.10 | $3,280.00 |
| 09/22/2024 | Draft | Rapaport v. Finkelman | Draft pre-motion 11c2 sanctions letter to plaintiff and former plaintiff counsel, legal research re: same and related issues for motion to dismiss. | Ready | $800.00 hr | 0.40 | $0.00 | 0.40 | $320.00 |
| 09/25/2024 | Draft | Rapaport v. Finkelman | Draft pre-motion 11c2 sanctions letter to plaintiff and former plaintiff counsel, legal research re: same and related issues for motion to dismiss, emails with client. | Ready | $800.00 hr | 3.90 | $0.00 | 3.90 | $3,120.00 |

| Date | Category | Matter | Description | Status | Rate | Hours | Disc. | Bill Hrs | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/2024 | Draft | Rapaport v. Finkelman | Draft pre-motion 11c2 sanctions letter to plaintiff and former plaintiff counsel, legal research re: same and related issues for motion to dismiss. | Ready | $800.00 hr | 1.20 | $0.00 | 1.20 | $960.00 |
| 09/27/2024 | Research | Rapaport v. Finkelman | Revise, finalize, and send pre-motion 11c2 sanctions letter to plaintiff and former plaintiff counsel, emails with client. | Ready | $800.00 hr | 1.70 | $0.00 | 1.70 | $1,360.00 |
| 09/30/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Call with Richard Altman re: pre-motion letter, emails with client, call with client, research re: potential claims against attorney. | Ready | $800.00 hr | 0.80 | $0.00 | 0.80 | $640.00 |
| 10/03/2024 | Review | Rapaport v. Finkelman | Review new complaint filed by plaintiff, emails with client. | Ready | $800.00 hr | 0.50 | $0.00 | 0.50 | $400.00 |
| 10/04/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Review letter from Richard Altman, draft response letter opposing Altman's motion for hearing or to reconsider retention of jurisdiction, legal research re: same, emails with client. | Ready | $800.00 hr | 2.20 | $0.00 | 2.20 | $1,760.00 |
| 10/04/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft memo of law in support of motion for sanctions, legal research re: same. | Ready | $800.00 hr | 3.30 | $0.00 | 3.30 | $2,640.00 |
| 10/08/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft memo of law in support of motion for sanctions, legal research re: same. | Ready | $800.00 hr | 2.60 | $0.00 | 2.60 | $2,080.00 |

| Date | Category | Matter | Description | Status | Rate | Hours | Adj | Bill Hrs | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft memo of law in support of motion to dismiss, legal research re: same. | Ready | $800.00 hr | 7.40 | $0.00 | 7.40 | $5,920.00 |
| 10/09/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review court order, emails with Richard Altman re: settlement demand, emails with client. | Ready | $800.00 hr | 0.30 | $0.00 | 0.30 | $240.00 |
| 10/10/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise memo of law in support of motion to dismiss, emails with client. | Ready | $800.00 hr | 2.40 | $0.00 | 2.40 | $1,920.00 |
| 10/10/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise memo of law in support of motion for sanctions, legal research re: same. | Ready | $800.00 hr | 5.70 | $0.00 | 5.70 | $4,560.00 |
| 10/13/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise memo of law in support of motion for sanctions, legal research re: same. | Ready | $800.00 hr | 2.20 | $0.00 | 2.20 | $1,760.00 |
| 10/14/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise memo of law in support of motion for sanctions, legal research re: same, emails with Richard Altman re: sanctions motion and settlement demand, emails with client. | Ready | $800.00 hr | 2.60 | $0.00 | 2.60 | $2,080.00 |
| 10/15/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise memos of law in support of motions to dismiss, for sanctions, legal research re: same, assemble exhibits and prepare declarations re: same, emails with client. | Ready | $800.00 hr | 4.10 | $0.00 | 4.10 | $3,280.00 |

| Date | Category | Matter | Description | Status | Rate | Hours | Adj | Bill Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Revise motion to dismiss and motion for sanctions, emails with RA re: withdrawal of offer, emails with client. | Ready | $800.00 hr | 1.20 | $0.00 | 1.20 | $960.00 |
| 10/17/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise motions to dismiss and for sanctions | Ready | $800.00 hr | 1.60 | $0.00 | 1.60 | $1,280.00 |
| 10/18/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Review and revise motions to dismiss and for sanctions. | Ready | $800.00 hr | 0.60 | $0.00 | 0.60 | $480.00 |
| 10/21/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Finalize and file motions to dismiss and for sanctions, draft courtesy copy letter and email same to plaintiff. | Ready | $800.00 hr | 1.80 | $0.00 | 1.80 | $1,440.00 |
| 10/22/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review plaintiff's motions, emails with client, email to plaintiff, legal research re: bases for motions, draft letter for clarification/denial re: motions. | Ready | $800.00 hr | 3.60 | $0.00 | 3.60 | $2,880.00 |
| 10/22/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review plaintiff's motions, emails with client, email to plaintiff, legal research re: bases for motions, draft letter for clarification/denial re: motions. | Ready | $800.00 hr | 3.60 | $0.00 | 3.60 | $2,880.00 |
| 10/23/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Revise, finalize, and file letter for clarification/denial re: motions. | Ready | $800.00 hr | 1.30 | $0.00 | 1.30 | $1,040.00 |
| 10/25/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review court order, internal messages and emails re: same. | Ready | $800.00 hr | 0.50 | $0.00 | 0.50 | $400.00 |

| Date | Category | Matter | Description | Status | Rate | Hours | Adj | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2024 | Correspondence | Rapaport v. Finkelman | Emails with plaintiff re: anticipated motion for briefing extension, emails with client. | Ready | $800.00 hr | 0.50 | $0.00 | 0.50 | $400.00 |
| 11/04/2024 | Correspondence | Rapaport v. Finkelman | Emails with plaintiff re: opposition to proposed extension, emails with client. | Ready | $800.00 hr | 0.50 | $0.00 | 0.50 | $400.00 |
| 11/07/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Review letters filed by plaintiff, draft letter in response, review opposition to motion to dismiss, emails with client. | Ready | $800.00 hr | 2.20 | $0.00 | 2.20 | $1,760.00 |
| 11/08/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Legal research re: reply in further support of MTD. | Ready | $800.00 hr | 4.70 | $0.00 | 4.70 | $3,760.00 |
| 11/10/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Draft reply brief in further support of MTD, legal research re: same. | Ready | $800.00 hr | 3.20 | $0.00 | 3.20 | $2,560.00 |
| 11/11/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Revise reply brief in further support of MTD, legal research re: same, emails with client, internal messages and meetings re: cite checking. | Ready | $800.00 hr | 3.60 | $0.00 | 3.60 | $2,880.00 |
| 11/12/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Review and revise reply brief in further support of MTD. | Ready | $800.00 hr | 1.10 | $0.00 | 1.10 | $880.00 |
| 11/13/2024 | Pleadings, Briefs, Pretrial Motions | Rapaport v. Finkelman | Proof, revise, and file reply brief in further support of MTD. | Ready | $800.00 hr | 4.20 | $0.00 | 4.20 | $3,360.00 |
| 11/18/2024 | Research | Rapaport v. Finkelman | Research re: judgment and appeal bonds. | Ready | $800.00 hr | 0.70 | $0.00 | 0.70 | $560.00 |
| 11/19/2024 | Research | Rapaport v. Finkelman | Research re: SLAPP counterclaim standard of review and procedure. | Ready | $800.00 hr | 1.70 | $0.00 | 1.70 | $1,360.00 |

| Date | Type | Case | Description | Status | Rate | Hours | Adj | Billable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2024 | Research | Rapaport v. Finkelman | Research re: SLAPP counterclaim standard of review and procedure. | Ready | $800.00 hr | 2.40 | $0.00 | 2.40 | $1,920.00 |
| 12/02/2024 | Correspondence | Rapaport v. Finkelman | Review plaintiff's letter to court, draft response letter to court. | Ready | $800.00 hr | 0.50 | $0.00 | 0.50 | $400.00 |
| 12/04/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review plaintiff's letter to court. | Ready | $800.00 hr | 0.20 | $0.00 | 0.20 | $160.00 |
| 12/09/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Review court order, emails with client. | Ready | $800.00 hr | 0.40 | $0.00 | 0.40 | $320.00 |
| 12/10/2024 | Research | Rapaport v. Finkelman | Review SDNY Bobulinski decision re: anti-slapp attorney's fees in federal court, emails with client. | Ready | $800.00 hr | 0.60 | $0.00 | 0.60 | $480.00 |
| 12/16/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Emails with plaintiff re: adjournment request. | Ready | $800.00 hr | 0.30 | $0.00 | 0.30 | $240.00 |
| 12/17/2024 | Litigation Strategy, Analysis, Case Management | Rapaport v. Finkelman | Emails with plaintiff re: adjournment request, draft and file letter with court requesting adjournment. | Ready | $800.00 hr | 0.30 | $0.00 | 0.30 | $240.00 |
| 12/20/2024 | Correspondence | Rapaport v. Finkelman | Emails with client. | Ready | $800.00 hr | 0.20 | $0.00 | 0.20 | $160.00 |
| 02/03/2025 | Discovery | Rapaport v. Finkelman | Review rules re: initial pretrial conference submission, draft case management plan and joint letter, emails with Plaintiff. | Ready | $800.00 hr | 2.30 | $0.00 | 2.30 | $1,840.00 |
| 02/05/2025 | Discovery | Rapaport v. Finkelman | Review and revise draft case management plan and joint letter, emails with Plaintiff. | Ready | $800.00 hr | 0.90 | $0.00 | 0.90 | $720.00 |

| Date | Type | Matter | Description | Status | Rate | Hours | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/06/2025 | Discovery | Rapaport v. Finkelman | Review and revise draft case management plan and joint letter, emails with Plaintiff. | Ready | $800.00 hr | 0.60 | $0.00 | 0.60 | $480.00 |
| 02/07/2025 | Discovery | Rapaport v. Finkelman | Finalize and file draft case management plan and joint letter, emails with Plaintiff. | Ready | $800.00 hr | 0.30 | $0.00 | 0.30 | $240.00 |
| 02/11/2025 | Motion | Rapaport v. Finkelman | Draft motion to stay discovery, legal research re: same. | Ready | $800.00 hr | 3.60 | $0.00 | 3.60 | $2,880.00 |
| 02/12/2025 | Motion | Rapaport v. Finkelman | Revise and file motion to stay discovery, legal research re: same. | Ready | $800.00 hr | 1.40 | $0.00 | 1.40 | $1,120.00 |
| | | | Total Labor For Max Rodriguez | | | 112.80 | $0.00 | 112.80 | $90,240.00 |
| | | | Total Expense For Max Rodriguez | | | | $0.00 | | $0.00 |
| | | | Total For Max Rodriguez | | | | | | $90,240.00 |
| | | | Total Labor For Finkelman, Abby | | | 161.60 | $0.00 | 161.60 | $101,220.00 |
| | | | Total Expense For Finkelman, Abby | | | | | $13.26 | $13.26 |
| | | | Total For Finkelman, Abby | | | | | | $101,233.26 |
| | | | Grand Total Labor | | | 161.60 | $0.00 | 161.60 | $101,220.00 |
| | | | Grand Total Expenses | | | | | $13.26 | $13.26 |
| | | | Grand Total | | | | | | $101,233.26 |