# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/08/2025 | | Call with client<br>　Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.30h | $800.00 | - | $240.00 |
| 04/09/2025 | | Review pleadings from prior federal anti-slapp counterclaims, draft anti-slapp complaint.<br>　Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 3.10h | $800.00 | - | $2,480.00 |
| 04/09/2025 | | Investigations, Factual Research: Investigation re: Plaintiff address for service<br>　Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 1.80h | $225.00 | - | $405.00 |
| 04/15/2025 | | Review CRL § 74 decision, draft and file letter of supplemental authority.<br>　Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 1.60h | $800.00 | - | $1,280.00 |
| 04/16/2025 | | Correspondence: Review of Plaintiff filing Document 51: Letter in Reply to Defendant Finkelman's New Authority<br>　Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.40h | $225.00 | - | $90.00 |
| 07/23/2025 | | Research: Sanctions opposition research<br>　Unbilled | 10041<br>Rapaport v. Finkelman | Marshall Thomas | 6.89h | $0.00 | - | $0.00 |
| 07/24/2025 | | Research: Rapaport motion for sanctions<br>　Unbilled | 10041<br>Rapaport v. Finkelman | Marshall Thomas | 7.32h | $0.00 | - | $0.00 |
| 07/25/2025 | | Draft: Opposition to sanctions against Max<br>　Unbilled | 10041<br>Rapaport v. Finkelman | Marshall Thomas | 6.00h | $0.00 | - | $0.00 |

**$139.50**
0.62h

**$30,948.72**
85.84h

# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/28/2025 | | Draft: Opposition to Rapaport's motion for sanctions<br>Unbilled | 10041<br>Rapaport v. Finkelman | Marshall Thomas | 7.04h | $0.00 | - | $0.00 |
| 07/29/2025 | | Draft: Motion in opposition to Rapaport's motion for sanctions<br>Unbilled | 10041<br>Rapaport v. Finkelman | Marshall Thomas | 1.39h | $0.00 | - | $0.00 |
| 07/30/2025 | | Draft: Brief in opposition to motion for sanctions<br>Unbilled | 10041<br>Rapaport v. Finkelman | Marshall Thomas | 3.40h | $0.00 | - | $0.00 |
| 08/06/2025 | | Review draft brief for opposition to motion for sanctions.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.20h | $800.00 | - | $160.00 |
| 08/29/2025 | | Review: Court order review<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.60h | $225.00 | - | $135.00 |
| 08/29/2025 | | Review opinion, emails/call with client, draft letter re: clarification.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.80h | $800.00 | - | $640.00 |
| 09/02/2025 | | Draft renewed motion for sanctions, review MTD order re: same, legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 3.80h | $800.00 | - | $3,040.00 |
| 09/03/2025 | | Prepare motion for anti-SLAPP fees, legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 1.20h | $800.00 | - | $960.00 |
| 09/04/2025 | | Draft: Cite check and proof renewed motion for rule 11 sanctions | 10041<br>Rapaport v. Finkelman | Alex Castro | 1.40h | $225.00 | - | $315.00 |

|  |  |  |  |  |  |  | $139.50<br>0.62h | $30,948.72<br>85.84h |

# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Billed invoice 31 | | | | | | |
| 09/04/2025 | | Mailing materials to plaintiff<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Alex Castro | 1.00 | $41.22 | - | $41.22 |
| 09/04/2025 | | Review: Review court order re: extension of deadline for renewed sanctions motion<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.10h | $225.00 | - | $22.50 |
| 09/04/2025 | | Draft renewed motion for sanctions, prepare materials for motion service, send motion to plaintiff and Altman.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 1.70h | $800.00 | - | $1,360.00 |
| 09/05/2025 | | Pleadings, Briefs, Pretrial Motions: Prepare and organize exhibits<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Alex Castro | 0.60h | $225.00 | - | $135.00 |
| 09/05/2025 | | Draft: Fill in cites and cite check on motion for TRO<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Alex Castro | 0.90h | $225.00 | - | $202.50 |
| 09/05/2025 | | Review declaratory judgment complaint, prepare TRO, correspondence and calls re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 5.30h | $800.00 | - | $4,240.00 |
| 09/08/2025 | | Review: Review of docket entries re: defendant's emergency application for TRO<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.90h | $225.00 | - | $202.50 |
| | | | | | | | **$139.50**<br>0.62h | **$30,948.72**<br>85.84h |

# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/08/2025 | | Review Rapaport filing, prepare response letter in support of TRO, legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.70h | $800.00 | - | $560.00 |
| 09/08/2025 | | Review Rapaport filing, prepare response letter in support of TRO, legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 1.80h | $800.00 | - | $1,440.00 |
| 09/08/2025 | | Review Rapaport filing, prepare response letter in support of TRO, legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.10h | $800.00 | - | $80.00 |
| 09/08/2025 | | Review Rapaport filing, prepare response letter in support of TRO, legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.30h | $800.00 | - | $240.00 |
| 09/10/2025 | | Court Appearances and Preparation: Hearing re: defendant's emergency application for TRO and preparation<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 1.30h | $225.00 | - | $292.50 |
| 09/10/2025 | | Meeting: Hearing and debrief post hearing<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Alex Castro | 0.70h | $225.00 | - | $157.50 |
| 09/10/2025 | | Prepare for TRO hearing, attend hearing, email to Rapaport re: potential stipulation.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 2.30h | $800.00 | - | $1,840.00 |
| | | | | | | | $139.50<br>0.62h | $30,948.72<br>85.84h |

# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/11/2025 | | Review: Review of potential stipulation and settlement communications<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.20h | $225.00 | - | $45.00 |
| 09/11/2025 | | Review Rapaport email, draft reply email re: proposed stipulation and legal research re: same.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 2.00h | $800.00 | - | $1,600.00 |
| 09/15/2025 | | Review: Review of communication re: potential stipulation and settlement<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.30h | $225.00 | - | $67.50 |
| 09/15/2025 | | Review Rapaport email, respond to email, draft joint status letter.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.90h | $800.00 | - | $720.00 |
| 09/16/2025 | | Litigation Strategy, Analysis, Case Management: Review of Plaintiff's new filings, review/proof of letter in response<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.80h | $225.00 | - | $180.00 |
| 09/16/2025 | | Review: Read newly filed documents<br>Non-billable | 10041<br>Rapaport v. Finkelman | Alex Castro | 0.62h | $225.00 | $139.50 | - |
| 09/16/2025 | | Emails, prepare letter to court re: Rapaport filings.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.30h | $800.00 | - | $240.00 |
| 09/17/2025 | | Prepare letter to court re: Rapaport filings. | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 0.40h | $800.00 | - | $320.00 |
| | | | | | | | **$139.50**<br>0.62h | **$30,948.72**<br>85.84h |

# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Billed invoice 31 | | | | | | |
| 09/22/2025 | | Review: Review of letter in response to Defendant's outstanding letters<br>Billed invoice 31 | 10041 Rapaport v. Finkelman | Jade Van Kley | 0.40h | $225.00 | - | $90.00 |
| 09/22/2025 | | Review materials and prepare letter to Court re: Rapaport proposed motions.<br>Billed invoice 31 | 10041 Rapaport v. Finkelman | Max Rodriguez | 1.80h | $800.00 | - | $1,440.00 |
| 09/23/2025 | | Administrative: Review filings by plaintiff<br>Billed invoice 31 | 10041 Rapaport v. Finkelman | Alex Castro | 0.30h | $225.00 | - | $67.50 |
| 09/26/2025 | | Pleadings, Briefs, Pretrial Motions: Cite check and proof of sanctions and anti-SLAPP motions; Exhibits and proofing declaration ISO sanctions motion<br>Billed invoice 31 | 10041 Rapaport v. Finkelman | Jade Van Kley | 3.10h | $225.00 | - | $697.50 |
| 09/26/2025 | | Revise motion for anti-slapp fees.<br>Billed invoice 31 | 10041 Rapaport v. Finkelman | Max Rodriguez | 1.10h | $800.00 | - | $880.00 |
| 09/29/2025 | | Pleadings, Briefs, Pretrial Motions: Cite check and proof of motion for anti-SLAPP attorney's fees<br>Billed invoice 31 | 10041 Rapaport v. Finkelman | Jade Van Kley | 2.00h | $225.00 | - | $450.00 |
| 09/30/2025 | | Pleadings, Briefs, Pretrial Motions: Cite checks and proofing memos ISO motions for sanctions and anti-SLAPP attorney's fees; Exhibit | 10041 Rapaport v. Finkelman | Jade Van Kley | 2.60h | $225.00 | - | $585.00 |
| | | | | | | | $139.50<br>0.62h | $30,948.72<br>85.84h |

# Activities Export

12/02/2025
2:58 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | preparation<br>Billed invoice 31 | | | | | | |
| 10/03/2025 | | Pleadings, Briefs, Pretrial Motions: TOCs and TOAs for motions for sanctions and anti-SLAPP; Finalize exhibits for filing<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 1.40h | $225.00 | - | $315.00 |
| 10/03/2025 | | Finalize and file motions for sanctions and anti-slapp fees.<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 1.60h | $800.00 | - | $1,280.00 |
| 10/07/2025 | | Review: Review plaintiff's extension request<br>Billed invoice 31 | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 0.20h | $225.00 | - | $45.00 |
| 10/07/2025 | | Review letter submissions, draft materials and review filings re: same.<br>Unbilled | 10041<br>Rapaport v. Finkelman | Max Rodriguez | 1.40h | $800.00 | - | $1,120.00 |
| 10/08/2025 | | Review: Internal meeting and review of plaintiff's letter response in support of motion for leave to file extension of time<br>Unbilled | 10041<br>Rapaport v. Finkelman | Jade Van Kley | 1.10h | $225.00 | - | $247.50 |
| | | | | | | | **$139.50**<br>0.62h | **$30,948.72**<br>85.84h |