The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:     Rapaport v. Finkelman et al., 24-cv-05942

**Letter-Motion For Leave To File A Motion to File A Sur-Reply**

Your Honor:

I am respectfully writing to move for leave to file a motion for brief sur-reply of four pages to address new exhibits and facts alleged by defendant Finkelman in her replies, as well as new allegations relating to a supposed waiver or failure to address the amount of fees issue, which defendant Finkelman failed to originally provide any amount or estimate as required *Button v. New York Times*, 2025 WL 2643674 at *19-21.

Neither of defendant Finkelman's motions can be properly granted in any amount, but having stated an estimated cost of over $144,000, it is clear that defendant Finkelman and her counsel are attempting to corruptly collect an amount that can have no basis in NY CLR § 70-a because such an amount includes a vast amount of frivolous make-work unrelated to defending this action such as the baseless and sanctionable sanctions motions and the emergency TRO/PI motion relating to a filing ban. This abuse has been so flagrant that in reviewing the time sheets, it appears that even supposed work relating to the federal declaratory judgment action 25-cv-7294(JGLC), which was improperly litigated by defendant Finkelman in this docket, and which has not even been served, is contemplated. FRCP Rule 54 only contemplates fees and costs relating to the action in question, and even if fees were awardable they could never be awarded for a different undecided case.

Alternatively, if the Court will not consider such post-motion added material whose absence dooms these motions, or deny both motions at the threshold for reasons raised in my oppositions such a sur-reply will not be necessary.

I respectfully propose a date of December 12, 2025 for such a sur-reply.

        Respectfully submitted,

            /s/ Gideon Rapaport *pro se*
            GideonRapaportLaw@outlook.com
            (862) 213-0895
            #627 1078 Summit Avenue
            Jersey City, New Jersey, 07307