UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

Plaintiff,

-against-

ABIGAIL FINKELMAN,

Defendant.

24-CV-5942 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On August 29, 2025, the Court granted Finkelman's motion to dismiss in its entirety, which dismissed with prejudice all claims brought in this case. *See* ECF No. 52. Subsequently, Finkelman brought a motion for sanctions and a motion for attorney's fees, both of which the Court denied. ECF No. 104. Accordingly, all outstanding issues have now been resolved, and the Clerk of Court is directed to close the case.

Dated: October 1, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge