UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br>Plaintiff,<br>- vs. -<br>ABIGAIL FINKELMAN,<br>Defendant. | No.: 1:24-cv-05942 (JGLC) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN THAT Defendant Abigail Finkelman hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the Opinion and Order dated and entered in this proceeding on September 1, 2026, (Docket No. 104), and all other stipulations, judgments, rulings, opinions, decisions, and orders merged therein.

DATED: October 1, 2026

Respectfully submitted,

/s/ Max Rodriguez

Max Rodriguez
LAW OFFICE OF MAX RODRIGUEZ PLLC
575 5th Avenue, 14th Floor
New York, NY 10017
max@maxrodriguez.law
(646) 741-5167

*Counsel for Defendant Abigail Finkelman*